1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com
2  LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
   SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
3  PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

4  **D DarrasLaw**

5  3257 East Guasti Road, Suite 300
   Ontario, California 91761-1227
6  Telephone:   (909) 390-3770
   Facsimile:    (909) 974-2121
7
   Attorneys for Plaintiff
8  ANN HART

9

10                    UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

12  ANN HART,                          Case No: - 00288

13              Plaintiff,             COMPLAINT FOR BENEFITS UNDER
14                                     AN EMPLOYEE WELFARE BENEFIT
        vs.                            PLAN
15
16  LIFE INSURANCE COMPANY OF
    NORTH AMERICA,
17
18              Defendant.

19

20      Plaintiff alleges as follows:

21      1.      This Court's jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, 1337

22  and 29 U.S.C. § 1132(a), (e), (f), and (g), of the Employee Retirement Income Security

23  Act of 1974, 29 U.S.C. § 1101, *et seq.* (hereafter "ERISA") as it involves a claim by

24  Plaintiff for Disability benefits under an employee benefit plan regulated and governed

25  under ERISA.  Jurisdiction is predicated under these code sections as well as 28 U.S.C.

26  § 1331 as this action involves a federal question.

27      2.      The events or omissions giving rise to Plaintiff's claim occurred in this

28  judicial district, thus venue is proper here pursuant to 28 U.S.C. § 1391(b)(2), and the



1    ends of justice so require.

2           3.     The ERISA statute at 29 U.S.C. § 1133, in accordance with Regulations of

3    the Secretary of Labor, provides a mechanism for internal appeal of benefit denials.

4    Those avenues of appeal have been exhausted.

5           4.     Plaintiff is informed and believes and thereon alleges that the Omnicom

6    Benefits Inc. Group Employee Welfare Benefit Plan ("Plan") is an employee welfare

7    benefit plan established and maintained by Omnicom Benefits Inc. ("Omnicom") to

8    provide its employees and those of its subsidiaries and affiliates, including Plaintiff, ANN

9    HART ("MS. HART"), with income protection in the event of a disability and is the Plan

10   Administrator.

11          5.     Plaintiff alleges upon information and belief that Defendant, LIFE

12   INSURANCE COMPANY OF NORTH AMERICA ("LINA"), is, and at all relevant times

13   was, a corporation duly organized and existing under and by virtue of the laws of the

14   State of Pennsylvania, authorized to transact and transacting the business of insurance

15   in this state, and, the insurer and Claims Administrator for the Plan.

16          6.     Plaintiff further alleges that venue is proper in this district pursuant to 29

17   U.S.C. § 1132(e)(2)[1] in that defendant LINA, who fully insured the policy and who is

18   ultimately liable if Plaintiff is found disabled, may be found in this district.  Since on or

19   about November 1, 1956, LINA has been registered as a corporation with the state of

20   California, has extensive contacts within the state, employs California residents, conducts

21   ongoing business within the state and therefore, may be found within the state.

22          7.     At all relevant times Plaintiff was a resident and citizen of the United

23   States, an employee of Omnicom, its successors, affiliates and/or subsidiaries, and a

24   participant in the Plan.

25          8.     Based upon information and belief, Plaintiff alleges that at all relevant

26

27   _____

28   [1] 29 USC section 1132(e)(2) provides: "Where an action under this subchapter is brought in a district
     court of the United States, it may be brought in the district where the plan is administered, where the
     breach took place, or where a defendant resides or may be found, and process may be served in any
     other district where a defendant resides or may be found."

DarrasLaw

1    times herein Plaintiff was covered under group disability policy number LK-980036 that

2    had been issued by Defendant LINA[2] to Omnicom to insure its Plan, and the eligible

3    participants and beneficiaries of the Plan, including Plaintiff.  A copy of the subject

4    policy is attached hereto as Exhibit "A".

5          9.    The subject Policy promised to pay Plaintiff monthly long term disability

6    benefits for a specified period of time should she become disabled. Therefore, LINA

7    both funds and decides whether claimants will receive benefits under the Plan and as

8    such suffers from a structural conflict[3] which requires additional skepticism[4].

9          10.    Based upon information and belief, Plaintiff alleges that, according to the

10    terms of the Plan, if Plaintiff became disabled, LINA promised to pay long term disability

11    benefits to Plaintiff as follows:

| Term | Provision |
|------|-----------|
|      |           |

---

[2] Although correspondence to Plaintiff during the administration of this claim has "CIGNA" on the letterhead, LINA was the underwriting and issuing company. Additionally, according to correspondence to Plaintiff on the claim: "CIGNA Group Insurance is a registered service mark of CIGNA Intellectual Property, Inc. licensed for use by insurance company subsidiaries of CIGNA Corporation, including Life Insurance Company of North America...Products and services are provided by these insurance company subsidiaries and not by CIGNA Corporation." Therefore, both CIGNA and Life Insurance Company of North America will be referred to as "LINA" herein.

[3] Where an administrator "both decides who gets benefits and pays for them, … it has a direct financial incentive to deny claims," and therefore "labors under … a conflict of interest." *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 511 F.3d 1206, 1211 (9th Cir. 2008). *See also Metropolitan Life Ins. Co. v. Glenn*, 128 S. Ct. 2343, 2349-50 (2008) (dual role where administrator both determines eligibility for benefits and funds benefits creates a conflict of interest).  Pursuant to *Abatie*, "a reviewing court <u>must always</u> consider the inherent conflict that exists when a plan administrator both administers and funds it." *Saffon*, 511 F.3d at 1211 (quoting *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 967 (9th Cir. 2006)(emphasis added). "When reviewing a discretionary denial of benefits by a plan administrator who is subject to a conflict of interest, [the Court] must determine the extent to which the conflict influenced the administrator's decisions and discount to that extent the deference … accorded the administrator's decision." *Id.* at 1212. As the Supreme Court recently explained, the "conflict of interest...should prove more important (perhaps of great importance) where circumstances suggest a higher likelihood that it affected the benefits decision, including, but not limited to cases where an insurance company administrator has a history of biased claims administration." *Glenn*, 128 S. Ct. at 2351.

[4] We must judge the reasonableness of the plan administrator skeptically where, as here, the administrator has a conflict of interest. Even without the special skepticism we are to apply in cases of conflict of interest, deference to the plan administrator's judgment does not mean that the plan prevails. "Deference" is not a "talismanic word that can avoid the process of judgment." The conflict of interest requires additional skepticism because the plan acts as judge in its own cause. [*Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 (9th Cir. 2011)]

| Term | Provision |
|---|---|
| Elimination Period | **Class 1, 2, 3, 7**: 13 weeks<br>**Class 4, 5**: 90 days |
| Gross Disability Benefit | **Class 1, 2, 3, 4, 5, 7**: The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| Maximum Disability Benefit | **Class 1, 2, 3, 4, 5, 7**: $15,000 per month |
| Minimum Disability Benefit | **Class 1, 2, 3, 4, 5, 7**: The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

| Maximum Benefit Period | Age When Disability Begins | Maximum Benefit Period |
|---|---|---|
| | **Class 1, 2, 3, 4, 5, 7:** | |
| | Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |

| Disability | |
|---|---|
| **"Own Occupation" Disability Definition** | The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:<br>1. unable to perform the material duties of his or her Regular Occupation; and<br>2. unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation. |
| **"Any Occupation" Disability Definition** | After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:<br>1. Unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and<br>2. unable to earn 60% or more of his or her Indexed Earnings. |

1        11.    Prior to her disability under the terms of the Plan, on or about June 1,

2    2011, Plaintiff was employed as a Director of Office Services with Omnicom. This

3    occupation naturally required a high level of cognitive ability, sustained concentration

4    and attention to detail.

5        12.    However, Plaintiff became disabled under the terms of the Plan and

6    subsequently submitted a claim to LINA for payment of disability benefits.

7        13.    But, on or about July 29, 2011, LINA unreasonably, unlawfully,

8    capriciously and arbitrarily denied her long term disability claim. And, on or about

9    October 28, 2011, and October 22, 2012, LINA unreasonably, unlawfully, capriciously

10    and arbitrarily upheld its denial of the disability claim.

11        14.    According to LINA's denial letters:

12            • **July 29, 2011**: "…we are unable to approve your claim for

13                benefits… You have the right to bring a legal action for benefits

14                under the Employee Retirement Income Security Act of 1974

15                (ERISA) section 502(a) following an adverse benefit determination

16                on appeal."

17            • **October 28, 2011**: "…we must uphold our prior decision to deny

18                your claim."

19            • **October 22, 2012**: "…we must uphold our prior decisions to deny

20                her claim… At this point in time all administrative levels of appeal

21                have been exhausted and no further appeals will be considered."

22        15.    In so doing, LINA unreasonably, unlawfully, arbitrarily and capriciously

23    failed to have a physician review the claim prior to the initial denial; failed to timely

24    identify the medical personnel who reviewed Plaintiff's file; relied upon the opinions of

25    physicians who did not examine Plaintiff, and were financially biased and/or not

26    qualified to refute the findings of Plaintiff's board certified physicians; relied upon a

27    doctor who discounted/minimized or just did not believe in the diagnosis of fibromyalgia;

28    relied upon medical record reviews conducted through companies known as

DarrasLaw

1    PsyBar/MES Solutions (based upon information and belief, Plaintiff alleges that any

2    subsequent report from PsyBar/MES is immediately suspect as PsyBar/MES' financial

3    success is clearly dependent upon its relationship with insurance companies, such as

4    Defendants, which would not continue *if* PsyBar/MES' physicians were generating

5    opinions unfavorable to them); failed to have Plaintiff independently examined[5]; failed to

6    complete a full and fair vocational assessment; failed to take into consideration the

7    effect of chronic pain[6] upon Plaintiff's ability to perform the duties of Plaintiff's own, or

8    any, occupation; required the medical record reviewing physician to use guidelines that

9    were not contained in the Policy/Certificate/Plan, i.e., requesting the reviewer to

10   comment on whether or not the attending treating physician's work restrictions were

11   supported "by the measured limitations in the documentation provided for review" when

12   LINA knew that "measured limitations" were not required under the terms of the

13   Policy/Certificate/Plan in order to qualify for disability and that chronic pain is not

14

15

16

---

17   [5] This in and of itself may be indicative of an attempt by an insurance company to avoid paying out on a legitimate claim. See Salomaa v. Honda Long Term Disability Plan, No. 08-55426, 2011 WL 768070 at *8

18   (9th Cir. Mar. 7, 2011) [*22] ("An insurance company may choose to avoid an independent medical examination because of the risk that the physicians it employs may conclude that the claimant is entitled

19   to benefits. The skepticism we are required to apply because of the plan's conflict of interests requires us to consider the possibility in this case.")

20

21   Additionally, it is well established in case law that the opinions of psychiatrists and psychologists who have not examined the individual should be disregarded. The reasoning for this is that, "[u]nlike cardiologists or orthopedists, who can formulate medical opinions based upon objective findings derived

22   from objective clinical tests, the psychiatrist typically treats his patient's subjective symptoms." *Sheehan v. Metropolitan Life Ins. Co.*, 368 F. Supp. 2d 228, 255 (S.D.N.Y. 2005).

23

24   [6] ***Pain*** causes impairment in focus and concentration, which in turn causes impairments in work functions. Thus, even though a sedentary job might otherwise be appropriate in terms of the physical requirements, it is not workable due to the pain.

25

26   Additionally, according to the website of its parent company, CIGNA: Pain that lasts for 3 months or longer is called chronic. The cause of chronic pain is not always clear. It may occur because brain chemicals that usually stop pain after you get better from an illness or injury are not working right. Or

27   damaged nerves can cause the pain. Chronic pain can also occur without a known cause. You may have tests to find out if a medical problem is causing the pain. Your doctor may check for problems with your

28   nervous system and may order blood tests. In most cases, test results are normal. This can make it hard to know the exact cause of the pain. But this doesn't mean that your pain isn't real.

1   measurable[7]; and, defining Limitations as "inherently measurable" losses (a definition

2   which was not contained in the Policy/Plan); failed to take into consideration the effect

3   of fatigue[8] upon Plaintiff's ability to perform the duties of Plaintiff's own, or any,

4   occupation; failed to take into consideration the effects of the prescribed medication that

5   Plaintiff was taking upon Plaintiff's ability to perform the duties of Plaintiff's own, or any,

6   occupation; relied strictly upon physical requirements of occupations labeled as

7   "sedentary" instead of taking into consideration the non exertional requirements of

8   Plaintiff's own, or any, occupation; and, misrepresented the terms of the Policy[9].

9           16.    Additionally, LINA knew or should have known that the documentation

10   submitted to and/or obtained by LINA clearly substantiated her disability, including, but

11   not limited to, the following:

| Date | Document/Finding |
|------|------------------|
| 05/31/2011 | **LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN**<br>Ms. Hart will be out from 05/31/11 through 07/02/11 on medical leave. |

[7] In *Saffon*, the Ninth Circuit explained that "individual reactions to pain are subjective and not easily determined by reference to objective measurements," and stated that "[i]f MetLife is turning down [the claimant's] application for benefits based on [her] failure to produce evidence that simply is not available, that too may bear on the degree of deference the district court shall accord MetLife's decision and on its ultimate determination as to whether [the claimant] is disabled." *Saffon*, 522 F.3d at 872-73. *Saffon v. Wells Fargo & Company Long Term Disability Plan*, 522 F.3d 863 (9th Cir. 2008).

[8] Regular **_fatigue_** in and of itself is a highly limiting factor in regards to employability. It adversely affects job performance, both in the quality of work performed, and in the amount that is accomplished, due to lower productivity and missed time. Studies on the effects of fatigue on work performance report factors including: reduced ability to do complex planning; reduced decision making ability; reduced communication skills; reduced productivity/performance; reduced attention and vigilance; reduced ability to handle stress on the job; reduced reaction time - both in speed and thought loss of memory or the ability to recall details; failure to respond to changes in surroundings or information provided; inability to stay awake; increased tendency for risk-taking; increased forgetfulness; increased errors in judgment; increased sick time, absenteeism, rate of turnover; increased accident rates. Because of this, it is extremely difficult for persons with high levels of fatigue to maintain regular employment.

[9] In its denial letters LINA stated that "the medical information provided for review does not document measurable medical, rheumatologic, neurologic or orthopedic impairments". At the time that LINA wrote these letters it knew, or should have known, that the Plan did not require "measurable...impairments" in order to qualify for benefits. Additionally, according to a recent court case: "Many medical conditions [such as pain] depend for their diagnosis on patient reports of pain or other symptoms, and some cannot be objectively established until autopsy. In neither case can a disability insurer condition coverage on proof by objective indicators...where the condition is recognized yet no such proof is possible...conditioning an award on the existence of evidence that cannot exist is arbitrary and capricious." *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 (9th Cir. 2011)

| 06/01/2011 | PRESCRIPTION: MELOXICAM[10] |
|---|---|
| 06/21/2011 | PRESCRIPTION: METFORMIN[11] |
| 06/23/2011 | PRESCRIPTION: TRAZODONE[12]; CITALOPRAM[13]; ALPRAZOLAM[14] |
| 07/23/2011 | PRESCRIPTION: OXYCODONE[15]; TRAZODONE; CITALOPRAM |
| 07/27/2011 | PRESCRIPTION: CITALOPRAM; ALPRAZOLAM |
| 08/09/2011 | LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN<br><br>Ms. Hart is under my medical care. On 05/27/11 she developed a condition for which medical leave was necessary. Her condition impacted several areas of her work functioning; consequently, she was unable to perform her job adequately. |
| 08/30/2011 | LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN<br><br>Regarding Ms. Hart's disability, which began on May 27, 2011, Ms. Hart remains disabled and unable to perform one or more functions of her work duties. |
| 12/16/2011 | PRESCRIPTION: CYMBALTA; TRAZODONE; METFORMIN; OXCARBAZEPINE [TRILEPTAL] |
| 01/05/2012 | LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN<br><br>This is to confirm that Ms. Annie Hart remains disabled.<br><br>She is unable to perform numerous functions of her job. |
| 01/23/2012 | PRESCRIPTION: HYDROCODONE |
| 02/21/2012 | LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN<br>This is to confirm that Ms. Annie Hart remains disabled. |

[10] This medication, also known as Mobic, as the following side effects: nausea; vomiting; abdominal pain; diarrhea; fatigue related to anemia; joint pain; neck pain; insomnia; and upper respiratory tract infections.

[11] Metformin is an oral medication that lowers blood glucose (sugar) and is used for treating type 2 diabetes. Side effects include nausea; vomiting; gas; bloating; and diarrhea.

[12] Side effects of this medication include nausea; dizziness; insomnia; education; tiredness; lightheadedness; and confusion.

[13] Side effects of this medication include nausea; vomiting; headache; tremor; drowsiness; and inability to sleep.

[14] Side effects of this medication include drowsiness; lightheadedness; fatigue; memory problems; and speech problems.

[15] This narcotic pain reliever has the following side effects: lightheadedness; dizziness; sedation; nausea; vomiting; and headache.

| 03/01/2012 | OFFICE CONSULTATION NOTES BY DR. EDWARD SHARE<br><br>…multiple gastrointestinal problems with loading, gaseous distention, excess flatulence, abdominal discomfort, especially across the lower abdomen, and alternating diarrhea and constipation…She also has significant fatigue… |
|---|---|
| 03/14/2012 | MEDICAL RECORD<br><br>**Diagnosis**: upper airway resistance syndrome[16]; sleep-related breathing disorder; periodic limb movement disorder[17]; hypersomnia[18]. |
| 04/03/2012 | MEDICAL RECORD<br><br>Patient has had a major workup since last seen. She had polysomnography that demonstrated upper airway resistance syndrome and periodic limb movement syndrome.<br><br>She has been placed on Requip[19] and is having a night guard made. Her Cymbalta[20] has been increased…She remains on Trileptal[21]. She is off Metformin. Despite this she is still very tired and achy all over. |
| 04/12/2012 | PRESCRIPTION: GABAPENTIN[22] |
| 04/17/2012 | LETTER FROM DR. JOEL MORRIS TO WHOM IT MAY CONCERN<br>Ms. Hart, whose disability began on 05/29/11, remains disabled. |

---

[16] The **_upper airway resistance syndrome_** (UARS) is a form of sleep-disordered breathing in which repetitive increases in resistance to airflow within the upper airway lead to brief arousals and daytime somnolence.

[17] **_Periodic limb movement disorder_** (PLMD) is described as repetitive limb movements that occur during sleep and cause sleep disruption. Patients experience frequent awakenings from sleep, non-restorative sleep, daytime fatigue, and/or daytime sleepiness.

[18] **_Hypersomnia_** is characterized by recurrent episodes of excessive daytime sleepiness or prolonged nighttime sleep. Different from feeling tired due to lack of or interrupted sleep at night, persons with hypersomnia are compelled to nap repeatedly during the day, often at inappropriate times such as at work, during a meal, or in conversation. These daytime naps usually provide no relief from symptoms. Patients often have difficulty waking from a long sleep, and may feel disoriented. Other symptoms may include anxiety, increased irritation, decreased energy, restlessness, slow thinking, slow speech, loss of appetite, hallucinations, and memory difficulty.

[19] Side effects of this medication include nausea; vomiting; dizziness; drowsiness; weakness; headache; mental/mood changes (e.g., confusion, depression, hallucinations, memory problems, trouble sleeping).

[20] Side effects of this medication include nausea; diarrhea; fatigue; difficulty sleeping; and dizziness.

[21] Side effects of this medication include dizziness; drowsiness; fatigue; nausea; vomiting; headache; trouble sleeping; and constipation.

[22] This medication, also known as Neurontin, has the following side effects: dizziness; somnolence; ataxia; fatigue; nausea; vomiting; and joint pain.

| 05/31/2012 | APPEAL LETTER TO LINA |
|---|---|
|  | **Additional medical evidence**<br>In an attempt to obtain a diagnosis and therefore appropriate treatment, Ms. Hart has undergone an exhaustive round of medical appointments, examinations and tests.  Following a March 6, 2012 sleep study she was diagnosed with Periodic Limb Movement and Upper Airway Resistance Syndrome and was prescribed medications and a bite-plate to attempt to assist her in sleeping better.<br><br>Extensive lab work and investigation by renowned rheumatologist Daniel Wallace, M.D. has led to a diagnosis of fibromyalgia[23].<br><br>From a review of CIGNA's administrative record, no review or analysis was completed regarding the impact Ms. Hart's overwhelming fatigue, severe abdominal pain and muscle aches/pain have on her ability to return to her pre-disability occupation. |

17.    To date, even though Plaintiff has been disabled, LINA has not paid Plaintiff any disability benefits beyond on or about the end of the Elimination Period. The arbitrary and capricious nature of LINA's denial decision is evidenced by, but not limited to, the following:

- LINA engaged in procedural violations of its statutory obligations under ERISA, including, but not limited to, failing to promptly identify the medical consultants who reviewed her file; failing to timely advise Plaintiff of what specific documentation it needed from her to perfect her claim; and, failing to provide a complete copy of all documents, records, and other information relevant to his claim despite a request by Plaintiff in violation of 29 C.F.R. Section 2560.530-1(h)(2)(iii);

- LINA ignored the obvious, combed the record and took selective evidence out of context as a pretext to deny Plaintiff's claim; and,

---

[23] According to the website of CIGNA, LINA's parent company: _**Fibromyalgia**_ is widespread pain in the muscles and soft tissues above and below the waist and on both sides of the body. People with fibromyalgia feel pain, tenderness, or both even when there is no injury or inflammation. Fibromyalgia can cause long-lasting (chronic) pain. It has no cure. Symptoms and problems encountered with fibromyalgia include deep or burning pain; anxiety and depression; sleep problems; tiredness; morning stiffness; trouble concentrating; and irritable bowel syndrome.

- LINA ignored the opinions of Plaintiff's board certified treating physicians and/or misrepresented the opinions of Plaintiff's treating physicians. Deference should be given to the treating physician's opinions as there are no **specific**, **legitimate** reasons for rejecting the treating physicians' opinions which are based on **substantial evidence** in the claim file. Further, LINA's highly conflicted **physician's** opinion does not serve as **substantial evidence**, as it is not **supported by evidence** in the claim file, was not issued by a physician with the same level of medical expertise as the board certified treating physicians, nor is it **consistent with the overall evidence** in the claim file.

18.     For all the reasons set forth above, the decision to deny disability insurance benefits was arbitrary, capricious, wrongful, unreasonable, irrational, sorely contrary to the evidence, contrary to the terms of the Plan and contrary to law. Clearly, LINA abused its discretion in deciding to deny this claim as the evidence shows its denial decision was arbitrary and capricious. Further, LINA's denial decision and actions heighten the level of skepticism with which a court views a conflicted administrator's decision under *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955 (9th Cir. 2006) and *Metropolitan Life Insurance Co. v. Glenn*, 128 S. Ct. 2342 (2008).

19.     Additionally, ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of the plan, § 1104(a)(1); it simultaneously underscores the particular importance of accurate claims processing by insisting that administrators "provide a 'full and fair review' of claim denials," *Firestone*, 489 U.S., at 113 (quoting § 1133(2)); and it supplements marketplace and regulatory controls with judicial review of individual claim denials, see § 1132(a)(1)(B).

20.     As a direct and proximate result of LINA's failure to provide Plaintiff with

1   disability benefits, Plaintiff has been deprived of said disability benefits beginning on or

2   about the end of the Elimination Period to the present date.

3       21.    As a further direct and proximate result of the denial of benefits, Plaintiff

4   has incurred attorney fees to pursue this action, and is entitled to have such fees paid

5   by defendants pursuant to 29 U.S.C. § 1132(g)(1), ERISA § 502(g)(1).

6       22.    A controversy now exists between the parties as to whether Plaintiff is

7   disabled as defined in the Plan.  Plaintiff seeks the declaration of this Court that she

8   meets the Plan definition of disability and consequently she is entitled to all benefits

9   from the Plan to which she might be entitled while receiving disability benefits including,

10  but not limited to, any medical, vision and dental benefits, life insurance and pension,

11  with reimbursement of all expenses and premiums paid for such benefits from the

12  termination of benefits to the present.  In the alternative, Plaintiff seeks a remand for a

13  determination of Plaintiff's claim consistent with the terms of the Plan.

14      WHEREFORE, Plaintiff prays for relief against Defendants as follows:

15      1.     An award of benefits in the amount not paid Plaintiff beginning on or about

16  the end of the Elimination Period, together with interest at the legal rate on each

17  monthly payment from the date it became due until the date it is paid; plus all other

18  benefits from the Plan to which she might be entitled while receiving disability benefits

19  including, but not limited to, any medical, vision and dental benefits, life insurance and

20  pension, with reimbursement of all expenses and premiums paid for such benefits or, in

21  the alternative, a remand for a determination of Plaintiff's claim consistent with the terms

22  of the Plan;

23      2.     An order determining Plaintiff is entitled to future disability

24  payments/benefits so long as she remains disabled as defined in the Plan;

25      / / /

26      / / /

27      / / /

28      / / /

3.      For reasonable attorney fees incurred in this action; and,

4.      For such other and further relief as the Court deems just and proper.

Dated:  February 13, 2013                    **D** DarrasLaw

FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff
ANN HART

LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192-2235                                    GROUP POLICY
(800) 732-1603        TDD (800) 552-5744
A STOCK INSURANCE COMPANY

POLICYHOLDER:                    Omnicom Benefits Inc.

POLICY NUMBER:                   LK-980036

POLICY EFFECTIVE DATE:           January 1, 2006

POLICY ANNIVERSARY DATE:         January 1

This Policy describes the terms and conditions of coverage.  It is issued in Texas and shall be governed by its laws.  The Policy goes into effect on the Policy Effective Date, 12:01 a.m. at the Policyholder's address.

In return for the required premium, the Insurance Company and the Policyholder have agreed to all the terms of this Policy.

*Susan L. Cooper*

Susan L. Cooper, Secretary

*Karen S. Rohan*

Karen S. Rohan, President

TL-004700                                                      O/O v-2

000014                    EXHIBIT A

# TABLE OF CONTENTS

SCHEDULE OF BENEFITS ........................................................................................................... 1

SCHEDULE OF BENEFITS FOR CLASS 1 ............................................................................... 2

SCHEDULE OF BENEFITS FOR CLASS 2 ............................................................................... 6

SCHEDULE OF BENEFITS FOR CLASS 3 ............................................................................. 11

ELIGIBILITY FOR INSURANCE ............................................................................................. 15

EFFECTIVE DATE OF INSURANCE ....................................................................................... 15

TERMINATION OF INSURANCE ............................................................................................. 15

CONTINUATION OF INSURANCE ......................................................................................... 16

DESCRIPTION OF BENEFITS .................................................................................................. 17

EXCLUSIONS ............................................................................................................................. 22

CLAIM PROVISIONS ................................................................................................................ 23

ADMINISTRATIVE PROVISIONS ........................................................................................... 25

GENERAL PROVISIONS ........................................................................................................... 26

DEFINITIONS ............................................................................................................................. 27

SCHEDULE OF AFFILIATES .................................................................................................... 30

000015

EXHIBIT A

## SCHEDULE OF BENEFITS

**Premium Due Date**

Premiums are due in arrears on the date coinciding with the day of the Policy Anniversary Date or the last day of the month, if earlier.

**Classes of Eligible Employees**

On the pages following the definition of eligible employees there is a Schedule of Benefits for each Class of Eligible Employees listed below. For an explanation of these benefits, please see the Description of Benefits provision.

If an Employee is eligible under one Class of Eligible Employees and later becomes eligible under a different Class of Eligible Employees, changes in his or her insurance due to the class change will be effective on the date of the change in class.

Class 1    All active, Full-time and/or Part-time Employees of Chlopak, Leonard Schechter and Associates, Inc. (CLS); Doremus Financial Printing; HMC (Lyons Lavey Nickel Swift, Medivia, IME); Merkley + Partners and Russ Reid Company regularly working an Employer approved work week as noted in the schedule of benefits, and who do not contribute to the cost of insurance.

Class 2    All active Full-time and/or Part-time Employees of A.W.E. LLC; Avrea Foster; Bernard Hodes; Brand Architecture; Brodeur; C2 Creative; Changing Our World, Inc.; Corbettaccel Healthcare Group Chicago, Inc.; Corbettaccel Healthcare Group LLC; DDB Chicago, Inc.; DDB International, Inc.; DDB Seattle; DDB Worldwide Communications, Inc.; Direct Partners FSA, Inc.; Direct Partners, Inc.; Downtown Partners Communications, Inc.; Eden Communications; Element 79 Partners, LLC; HRC Illinois; Innovyx; Integrated Merchandising Systems; Javelin Direct; Millsport LLC; OMD USA, Inc.; Omnicom Capital, Inc.; Omnicom Management, Inc.; Optima Direct; Outdoor Media Alliance; Outdoor Media Group, LLC; Prometheus Media, Inc.; Quantumplus LTD Prt; Rapp Collins Worldwide; Rapp Collins Worldwide California; Rapp Collins Worldwide Partnership; Resolution Media, Inc.; Roberts & Tarlow, LLC; Singer Direct, LLC; TBWA/CHIAT DAY/Worldwide; Team South (I2i Communications); The GRM Group; The Marketing Arm; US Marketing & Promotions; regularly working an Employer approved work week as noted in the schedule of benefits, and who contribute to the cost of insurance.

Class 3    All active Full-time and/or Part-time Employees of Adelphi, Inc.; Beaupre & Company, Brand Wizard Technologies, Inc.; Clark & Weinstock; D Prime; LLC; Davie-Brown; DaVinci Selectwork, LLC; Doremus & Company; Flashpoint Medica, Inc; Full Circle Entertainment, LLC; Gavin Anderson & Company; Harrison & Star, Inc.; Health Science Center for Continuing Medical Education, LLC (CME); Health Science Communications Inc. (HSC); Hilburg & Associates International, LLC; Hyphen, Inc.; Interbrand Corporation; Interbrand Hulefeld; Interbrand Wood Healthcare; Kallir, Philips, Ross, Inc. (KPR); Ketchum Director Advertising; M/A/R/C, Inc.; Martec CI Group, Inc.; National In-Store: PHD Media, LLC; PHD Michigan, LLC; PHD Missouri; Platinum Rye; Porter Novelli, Inc.; ProEd Communications; SCA Direct; The Scienomics Group, LLC (TSG); Tsantes & Associates, Inc.; regularly working an Employer approved work week as noted in the Schedule of Benefits and who do not contribute to the cost of insurance.

**000016**

EXHIBIT A

SCHEDULE OF BENEFITS FOR CLASS 1

| Company Name | Minimum Hours | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date** |
| Chlopak, Leonard, Schechter and Associates, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Clark & Weinstock | 30 | 1 month waiting period | 1 month waiting period |
| Dorenus Financial Printing | 20 | 1 month waiting period | 1 month waiting period |
| Lyons Lavey Nickel Swift, Medivia, IME | 30 | 1 month waiting period | 1 month waiting period |
| Merkley + Partners | 30 | 1 month waiting period | 1 month waiting period |
| Platinum Rye | 30 | 1 month waiting period | 1 month waiting period |
| Russ Reid Company | 30 | 1 month waiting period | 1 month waiting period |

**For prior Omnicom Employees who are rehired within one year, credit is given for time served toward eligibility period while previously employed with an Omnicom company.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.     unable to perform the material duties of his or her Regular Occupation; and
2.     unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.     unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.     unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Optimum Ability**
1.     for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.     after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:
1.     medical evidence submitted by the Employee;
2.     consultation with the Employee's Physician; and
3.     evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

000017                                    EXHIBIT A

2

The Independent Expert must be:
1.  licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.  acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |
| **Minimum Disability Benefit** | The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

**Disability Benefit Calculation**
The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*
During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1.  Add the Employee's Gross Disability Benefit and Disability Earnings.
2.  Compare the sum from 1. to the Employee's Indexed Earnings.
3.  If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.  The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
5.  If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings the Employee could earn if working at Optimum Ability, minus Disability Earnings.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

000019

EXHIBIT A

**Initial Premium Rates**

$.26 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774

000020

EXHIBIT A

SCHEDULE OF BENEFITS FOR CLASS 2

| Company Name | Minimum Hours | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date** |
| A.W.E. LLC | 30 | 1 month waiting period | 1 month waiting period |
| Adelphi Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Alcone Marketing Group | 30 | 1 month waiting period | 1 month waiting period |
| Avrea Foster | 30 | 1 month waiting period | 1 month waiting period |
| Beaupre & Company | 30 | 1 month waiting period | 1 month waiting period |
| Bernard Hodes | 30 | 1 month waiting period | 1 month waiting period |
| Brand Architecture | 20 | 1 month waiting period | 1 month waiting period |
| Brand Wizard Technologies, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Brodeur | 30 | 1 month waiting period | 1 month waiting period |
| C2 Creative | 30 | 1 month waiting period | 1 month waiting period |
| Changing Our World, Inc. | 20 | 1 month waiting period | 1 month waiting period |
| Corbettaccel Healthcare Group Chicago Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Corbettaccel Healthcare Group LLC | 30 | 1 month waiting period | 1 month waiting period |
| Create Sales and Marketing | 30 | 1 month waiting period | 1 month waiting period |
| D Prime LLC | 30 | 1 month waiting period | 1 month waiting period |
| Davie-Brown | 30 | 1 month waiting period | 1 month waiting period |
| DaVinci Selectwork LLC | 20 | Date of Hire | Date of Hire |
| DDB Chicago Inc. | 20 | Date of Hire | Date of Hire |
| DDB International Inc. | 20 | Date of Hire | Date of Hire |
| DDB Seattle | 20 | Date of Hire | Date of Hire |
| DDB Worldwide Communications Group Inc. | 20 | Date of Hire | Date of Hire |
| Direct Partners FSA, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Direct Partners, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Doremus & Company | 20 | 1 month waiting period | 1 month waiting period |
| Eden Communications | 30 | 1 month waiting period | 1 month waiting period |
| Element 79 Partners, LLC | 30 | Date of Hire | Date of Hire |
| Flashpoint Medica Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Full Circle Entertainment LLC | 20 | Date of Hire | Date of Hire |
| Gavin Anderson & Company | 30 | 1 month waiting period | 1 month waiting period |
| Harrison & Star Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Health Science Center for Continuing Medical Education, LLC (CME) | 30 | 1 month waiting period | 1 month waiting period |
| Health Science Communications, Inc. (HSC) | 30 | 1 month waiting period | 1 month waiting period |
| Hilburg & Associates International LLC | 30 | 1 month waiting period | 1 month waiting period |
| HRC Illinois | 30 | 1 month waiting period | 1 month waiting period |
| Hyphen, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Innovyx | 30 | 1 month waiting period | 1 month waiting period |
| Integrated Merchandising Systems | 30 | 1 month waiting period | 1 month waiting period |

EXHIBIT A

| | | | |
|---|---|---|---|
| Interbrand Corporation | 30 | 1 month waiting period | 1 month waiting period |
| Interbrand Hulefeld | 30 | 1 month waiting period | 1 month waiting period |
| Interbrand Wood Healthcare | 30 | 1 month waiting period | 1 month waiting period |
| Javelin Direct | 30 | 1 month waiting period | 1 month waiting period |
| Kallir, Philips, Ross, Inc. (KPR) | 30 | 1 month waiting period | 1 month waiting period |
| Ketchum Directory Advertising | 20 | 1 month waiting period | 1 month waiting period |
| M/A/R/C Inc. | 30 | 1 month waiting period | 1 month waiting period |
| MarketStar | 30 | 1 month waiting period | 1 month waiting period |
| Martec CI Group, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Millsport LLC | 30 | 1 month waiting period | 1 month waiting period |
| National In-Store | 30 | 1 month waiting period | 1 month waiting period |
| OMD Usa Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Omnicom Capital Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Omnicom Management Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Optima Direct | 30 | 1 month waiting period | 1 month waiting period |
| Outdoor Media Alliance | 30 | 1 month waiting period | 1 month waiting period |
| Outdoor Media Group LLC | 30 | 1 month waiting period | 1 month waiting period |
| PHD Media LLC | 20 | Date of Hire | Date of Hire |
| PHD Michigan LLC | 20 | Date of Hire | Date of Hire |
| PHD Missouri | 20 | Date of Hire | Date of Hire |
| Porter Novelli Inc. | 30 | 1 month waiting period | 1 month waiting period |
| ProEd Communications | 30 | 1 month waiting period | 1 month waiting period |
| Prometheus Media Inc. | 30 | 1 month waiting period | 1 month waiting period |
| Quantumplus Ltd Prt | 30 | 1 month waiting period | 1 month waiting period |
| Rapp Collins Worldwide | 30 | 1 month waiting period | 1 month waiting period |
| Rapp Collins Worldwide California | 30 | 1 month waiting period | 1 month waiting period |
| Rapp Collins Worldwide Partnership | 30 | 1 month waiting period | 1 month waiting period |
| Roberts & Tarlow LLC | 20 | Date of Hire | Date of Hire |
| SCA Direct | 30 | 1 month waiting period | 1 month waiting period |
| TBWA/CHIAT DAY/Worldwide | 30 | 1 month waiting period | 1 month waiting period |
| Team South (I2i Communications) | 20 | 1 month waiting period | 1 month waiting period |
| The GMR Group | 30 | 1 month waiting period | 1 month waiting period |
| The Marketing Arm | 30 | 1 month waiting period | 1 month waiting period |
| The Scienomics Group, LLC (TSG) | 30 | 1 month waiting period | 1 month waiting period |
| Tsantes & Associates, Inc. | 30 | 1 month waiting period | 1 month waiting period |
| US Marketing & Promotions | 30 | 1 month waiting period | 1 month waiting period |

**For prior Omnicom Employees who are rehired within one year, credit is given for time served toward eligibility period while previously employed with an Omnicom company.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.     unable to perform the material duties of his or her Regular Occupation; and
2.     unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.     unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.     unable to earn 60% or more of his or her Indexed Earnings.

EXHIBIT A

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Optimum Ability**
1.  for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.  after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:
1.  medical evidence submitted by the Employee;
2.  consultation with the Employee's Physician; and
3.  evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

The Independent Expert must be:
1.  licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.  acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |
| **Minimum Disability Benefit** | The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

**Disability Benefit Calculation**
The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive. Monthly Benefits are based on a 30-day month. The Disability Benefit will be prorated if payable for any period less than a month.

000023

EXHIBIT A

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability. During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*
During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1.  Add the Employee's Gross Disability Benefit and Disability Earnings.
2.  Compare the sum from 1. to the Employee's Indexed Earnings.
3.  If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.  The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
5.  If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings the Employee could earn if working at Optimum Ability, minus Disability Earnings.

**Additional Benefits**

*Survivor Benefit*

| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
|---|---|
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

000024

EXHIBIT A

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

**Initial Premium Rates**

$.26 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774

000025          EXHIBIT A

## SCHEDULE OF BENEFITS FOR CLASS 3

| Company Name | Minimum Hours for Part-time Employees | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date** |
| Adelphi Inc. | n/a | 1 month waiting period | 1 month waiting period |
| Beaupre & Company | 20 | 1 month waiting period | 1 month waiting period |
| Brand Wizard Technologies, Inc | n/a | 1 month waiting period | 1 month waiting period |
| Clark & Weinstock | n/a | 1 month waiting period | 1 month waiting period |
| D Prime LLC | n/a | 1 month waiting period | 1 month waiting period |
| Davie-brown | n/a | 1 month waiting period | 1 month waiting period |
| DaVinci Selectwork LLC | 20 | Date of Hire | Date of Hire |
| Doremus & Company | 20 | 1 month waiting period | 1 month waiting period |
| Flashpoint Medica Inc | n/a | 1 month waiting period | 1 month waiting period |
| Full Circle Entertainment LLC | 20 | Date of Hire | Date of Hire |
| Gavin Anderson & Company | n/a | 1 month waiting period | 1 month waiting period |
| Harrison & Star Inc | n/a | 1 month waiting period | 1 month waiting period |
| Health Science Center for Continuing Medical Education, LLC (CME) | n/a | 1 month waiting period | 1 month waiting period |
| Health Science Communications, Inc.(HSC) | n/a | 1 month waiting period | 1 month waiting period |
| Hilburg & Associates International LLC | n/a | 1 month waiting period | 1 month waiting period |
| Hyphen, Inc | n/a | 1 month waiting period | 1 month waiting period |
| Interbrand Corporation | n/a | 1 month waiting period | 1 month waiting period |
| Interbrand Hulefeld | n/a | 1 month waiting period | 1 month waiting period |
| Interbrand Wood Healthcare | n/a | 1 month waiting period | 1 month waiting period |
| Kallir, Philips, Ross, Inc.(KPR) | n/a | 1 month waiting period | 1 month waiting period |
| Ketchum Directory Advertising | 20 | 1 month waiting period | 1 month waiting period |
| M/A/R/C Inc | n/a | 1 month waiting period | 1 month waiting period |
| Martec CI Group, Inc. | n/a | 1 month waiting period | 1 month waiting period |
| National In-Store | 20 | 1 month waiting period | 1 month waiting period |
| PHD Media LLC | 20 | Date of Hire | Date of Hire |
| PHD Michigan LLC | 20 | Date of Hire | Date of Hire |
| PHD Missouri | 20 | Date of Hire | Date of Hire |
| Platinum Rye | n/a | 1 month waiting period | 1 month waiting period |
| Porter Novelli Inc | 30 | 1 month waiting period | 1 month waiting period |
| ProEd Communications | n/a | 1 month waiting period | 1 month waiting period |
| SCA Direct | n/a | 1 month waiting period | 1 month waiting period |
| The Scienomics Group, LLC (TSG) | n/a | 1 month waiting period | 1 month waiting period |
| Tsantes & Associates, Inc. | n/a | 1 month waiting period | 1 month waiting period |

**For prior Omnicom Employees who are rehired within one year, credit is given for time served toward eligibility period while previously employed with an Omnicom company.

000026

EXHIBIT A

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.  unable to perform the material duties of his or her Regular Occupation; and
2.  unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.  unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.  unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Optimum Ability**
1.  for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.  after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:
1.  medical evidence submitted by the Employee;
2.  consultation with the Employee's Physician; and
3.  evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

The Independent Expert must be:
1.  licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.  acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |

000027                                    EXHIBIT A

**Minimum Disability Benefit**         The greater of $100 or 10% of an Employee's Monthly Benefit
                                       prior to any reductions for Other Income Benefits.

**Disability Benefit Calculation**
The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other
Income Benefits, calculation of Optimum Ability and the Return to Work Incentive.  Monthly Benefits
are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a
month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross
Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability.  During any
month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.
Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided
under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an
Employee receives on his or her own behalf or for dependents, or which the Employee's dependents
receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*
During any month the Employee has Disability Earnings, his or her benefits will be calculated as
follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months
disability benefits are payable and the Employee has Disability Earnings:

1.     Add the Employee's Gross Disability Benefit and Disability Earnings.
2.     Compare the sum from 1. to the Employee's Indexed Earnings.
3.     If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the
       Indexed Earnings from the sum in 1.
4.     The Employee's Gross Disability Benefit will be reduced by the difference from 3., as
       well as by Other Income Benefits and the calculation for Optimum Ability.
5.     If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the
       Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the
       calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross
Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and
50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines
the Employee is able to work under a modified work arrangement and he or she refuses to do so
without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings the Employee could earn if working at
Optimum Ability, minus Disability Earnings.

000028         EXHIBIT A

**Additional Benefits**

*Survivor Benefit*

      Amount of Benefit:      100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month.

      Maximum Benefit Period      A single lump sum payment equal to 3 monthly Survivor Benefits.

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

**Initial Premium Rates**

    $.26 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made. However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774

000029      EXHIBIT A

## ELIGIBILITY FOR INSURANCE

An Employee in one of the Classes of Eligible Employees shown in the Schedule of Benefits is eligible to be insured on the Policy Effective Date, or the day after he or she completes the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time the Employee must be in Active Service to be eligible for coverage.  It will be extended by the number of days the Employee is not in Active Service.

Except as noted in the Reinstatement Provision, if an Employee terminates coverage and later wishes to reapply, or if a former Employee is rehired, a new Eligibility Waiting Period must be satisfied.  An Employee is not required to satisfy a new Eligibility Waiting Period if insurance ends because he or she is no longer in a Class of Eligible Employees, but continues to be employed and within one year becomes a member of an eligible class.

TL-004710

## EFFECTIVE DATE OF INSURANCE

An Employee will be insured on the date he or she becomes eligible, if the Employee is not required to contribute to the cost of this insurance.

An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company.  The effective date of this insurance depends on the date coverage is elected.

Insurance for an Employee who applies for coverage within 31 days after he or she becomes eligible or within 31 days after a Life Status Change, is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date payroll deduction is authorized.
3.      The date the Employer or Insurance Company receives the completed enrollment form.
If an Employee's enrollment form is received more than 31 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective.  If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.
If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

## TERMINATION OF INSURANCE

An Employee's coverage will end on the earliest of the following dates:
1.      the date the Employee is eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date the Employee is no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date the Employee is no longer in Active Service;
6.      the date benefits end for failure to comply with the terms and conditions of the Policy.

Disability Benefits will be payable to an Employee who is entitled to receive Disability Benefits when the Policy terminates, if he or she remains disabled and meets the requirements of the Policy.  Any period of Disability, regardless of cause, that begins when the Employee is eligible under another group disability coverage provided by any employer, will not be covered.

TL-007:05:00

000030

EXHIBIT A

## CONTINUATION OF INSURANCE

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service. Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable. Premiums for the Employee will be waived while Disability Benefits are payable. If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever occurs first.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716a (TX)

## TAKEOVER PROVISION

This provision applies only to Employees eligible under this Policy who were covered for long term disability coverage on the day prior to the effective date of this Policy under the Prior Plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.   This section A applies to Employees who are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance. If required premium is paid when due, the Insurance Company will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group. This coverage will be provided until the earlier of the date: (a) the employee returns to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day the employee was not in Active Service. The Policy will provide this coverage as follows:

000031            EXHIBIT A

1. If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
2. If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods and partial satisfaction of pre-existing condition limitations.

B. The Elimination Period under this Policy will be waived for a Disability which begins while the Employee is insured under this Policy if all of the following conditions are met:

1. The Disability results from the same or related causes as a Disability for which monthly benefits were payable under the Prior Plan;
2. Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
3. An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
4. The Disability begins within 6 months of the Employee's return to Active Service and the Employee's insurance under this Policy is continuous from this Policy's Effective Date.

C. Except for any amount of benefit in excess of a Prior Plan's benefits, the Pre-existing Condition Limitation will not apply to an Employee covered under a Prior Plan who satisfied the pre-existing condition limitation, if any, under that plan. If an Employee, covered under a Prior Plan, did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied under the Prior Plan's pre-existing condition limitation.

Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

If benefits are payable under the Prior Plan for the Disability, no benefits are payable under this Policy.

TL-005108

## DESCRIPTION OF BENEFITS

The following provisions explain the benefits available under the Policy.  Please see the Schedule of Benefits for the applicability of these benefits to each class of Insureds.

**Disability Benefits**
The Insurance Company will pay Disability Benefits if an Employee becomes Disabled while covered under this Policy.  The Employee must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy.  He or she must provide the Insurance Company, at his or her own expense, satisfactory proof of Disability before benefits will be paid.  The Disability Benefit is shown in the Schedule of Benefits.

The Insurance Company will require continued proof of the Employee's Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time an Employee must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

EXHIBIT A

**Disability Benefit Calculation**

The Disability Benefit Calculation is shown in the Schedule of Benefits.  Monthly Disability Benefits are based on a 30 day period.  They will be prorated if payable for any period less than a month.  If an Employee is working while Disabled, the Disability Benefit Calculation will be the Return to Work Incentive.

**Return to Work Incentive**

The Return to Work Incentive is shown in the Schedule of Benefits.  An Employee may work for wage or profit while Disabled.  In any month in which the Employee works and a Disability Benefit is payable, the Return to Work Incentive applies.

The Insurance Company will, from time to time, review the Employee's status and will require satisfactory proof of earnings and continued Disability.

**Other Income Benefits**

An Employee for whom Disability Benefits are payable under this Policy may be eligible for benefits from Other Income Benefits.  If so, the Insurance Company may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:

1.  any amounts received (or assumed to be received*) by the Employee or his or her dependents under:
    - the Canada and Quebec Pension Plans;
    - the Railroad Retirement Act;
    - any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
    - any sick leave or salary continuation plan of the Employer;
    - any work loss provision in mandatory "No-Fault" auto insurance.

2.  any Social Security disability or retirement benefits the Employee or any third party receives (or is assumed to receive*) on his or her own behalf or for his or her dependents; or which his or her dependents receive (or are assumed to receive*) because of his or her entitlement to such benefits.

3.  any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 401(k) plan.

4.  any proceeds payable under any group insurance or similar plan, including Employer sponsored group plans.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay for its pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.

5.  any amounts received (or assumed to be received*) by the Employee or his or her dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits.  This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.

6.  any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of an Employee's entitlement to benefits.

EXHIBIT A

000033
13

*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*
Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating the Employee's Disability Benefits after the first reduction is made for any Other Income Benefits. This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*
Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*
The Insurance Company will assume the Employee (and his or her dependents, if applicable) are receiving benefits for which they are eligible from Other Income Benefits. The Insurance Company will reduce the Employee's Disability Benefits by the amount from Other Income Benefits it estimates are payable to the Employee and his or her dependents.

The Insurance Company will waive Assumed Receipt of Benefits, except for Disability Earnings for work the Employee performs while Disability Benefits are payable, if the Employee:

1.      provides satisfactory proof of application for Other Income Benefits;
2.      signs a Reimbursement Agreement;
3.      provides satisfactory proof that all appeals for Other Income Benefits have been made unless the Insurance Company determines that further appeals are not likely to succeed; and
4.      submits satisfactory proof that Other Income Benefits were denied.

The Insurance Company will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until the Employee actually receives them.

*Social Security Assistance*
The Insurance Company may help the Employee in applying for Social Security Disability Income (SSDI) Benefits, and may require the Employee to file an appeal if it believes a reversal of a prior decision is possible.

The Insurance Company will reduce Disability Benefits by the amount it estimates the Employee will receive, if the Employee refuses to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**
The Insurance Company has the right to recover any benefits it has overpaid. The Insurance Company may use any or all of the following to recover an overpayment:
1.      request a lump sum payment of the overpaid amount;
2.      reduce any amounts payable under this Policy; and/or
3.      take any appropriate collection activity available to it.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

000034                    EXHIBIT A

If an overpayment is due when the Employee dies, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**
A separate period of Disability will be considered continuous:
1.  if it results from the same or related causes as a prior Disability for which benefits were payable; and
2.  if, after receiving Disability Benefits, the Employee returns to work in his or her Regular Occupation for less than 6 consecutive months; and
3.  if the Employee earns less than the percentage of Indexed Earnings that would still qualify him or her to meet the definition of Disability/Disabled during at least one month.

Any later period of Disability, regardless of cause, that begins when the Employee is eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, the Employee must satisfy a new Elimination Period.

## LIMITATIONS

**Limited Benefit Periods**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions.  Once 12 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)  Alcoholism
2)  Anxiety disorders
3)  Delusional (paranoid) disorders
4)  Depressive disorders
5)  Drug addiction or abuse
6)  Eating disorders
7)  Mental illness
8)  Somatoform disorders (psychosomatic illness)
9)  Subjective Symptom Conditions

Subjective Symptom Conditions means any physical or mental or emotional symptom, feeling or condition reported by the Employee, or by his or her Physician, which cannot be verified using tests, procedures or clinical examinations that conform to generally-accepted medical standards.  Subjective Symptom Conditions include, but are not limited to, headaches, pain, fatigue, stiffness, numbness, nausea, dizziness and ringing in ears.

If, before reaching his or her lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against his or her lifetime limit.  The confinement must be for the Appropriate Care of any of the conditions listed above.

000035

EXHIBIT A

**Pre-Existing Condition Limitation**

The Insurance Company will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which the Employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before his or her most recent effective date of insurance.

The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after an Employee is covered for at least 12 months after his or her most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.44

## ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**

If the Insurance Company determines that a Disabled Employee is a suitable candidate for rehabilitation, the Insurance Company may require the Employee to participate in a Rehabilitation Plan and assessment at our expense. The Insurance Company has the sole discretion to approve the Employee's participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan. The Insurance Company will work with the Employee, the Employer and the Employee's Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at the Insurance Company's discretion, allow for payment of the Employee's medical expense, education expense, moving expense, accommodation expense or family care expense while he or she participates in the program.

If an Employee fails to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

**Conversion Privilege for Disability Insurance Benefits**

If an Employee's insurance ends because employment with the Employer ends, or an Employee is laid off or on an uninsured leave of absence, he or she may be eligible for conversion insurance.

To be eligible, an Employee must have been insured for Disability Benefits and actively at work for at least 12 straight months. If the Employee makes application for conversion insurance within 31 days after insurance under this Policy ends, conversion insurance will be effective as of the date insurance under this Policy ends. If an Employee makes application more than 31 days after insurance under this Policy ends, the Insurance Company will require the Employee to provide satisfactory evidence of good health at his or her own expense. Conversion insurance will be effective on the date the Insurance Company agrees in writing to insure him or her. An Employee must apply for conversion insurance within 62 days after insurance ends.

The benefits of the conversion plan will be those benefits offered at the time an Employee applies. The premium will be based on the rates in effect for conversion plans at that time.

000036                    EXHIBIT A

Conversion insurance is not available if any of the following conditions apply:
1. the Employee is retired or age 70 or older;
2. the Employee is not in Active Service because of Disability;
3. the Policy is canceled for any reason;
4. the Employee is no longer in a Class of Eligible Employees, but is still employed by the Employer.

TL-007504.00

**Survivor Benefit**

The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable. The Employee must have been continuously Disabled before the first benefit is payable. These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse. If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children. If there are no Spouse and no Children, benefits will be paid to the Employee's estate.

"Spouse" means an Employee's lawful spouse. "Children" means an Employee's unmarried children under age 21 who are chiefly dependent upon the Employee for support and maintenance. The term includes a stepchild living with the Employee at the time of his or her death.

TL-005107

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:
1. the date the Employee earns from any occupation, more than the percentage of Indexed Earnings set forth in the definition of Disability applicable to him or her at that time;
2. the date the Insurance Company determines he or she is not Disabled;
3. the end of the Maximum Benefit Period;
4. the date the Employee dies;
5. the date the Employee refuses, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6. the date the Employee is no longer receiving Appropriate Care;
7. the date the Employee fails to cooperate with the Insurance Company in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if the Employee begins to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## EXCLUSIONS

The Insurance Company will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:
1. suicide, attempted suicide, or self-inflicted injury while sane or insane.
2. war or any act of war, whether or not declared.
3. active participation in a riot.
4. commission of a felony.
5. the revocation, restriction or non-renewal of an Employee's license, permit or certification necessary to perform the duties of his or her occupation unless due solely to Injury or Sickness otherwise covered by the Policy.

**000037**

EXHIBIT A

In addition, the Insurance Company will not pay Disability Benefits for any period of Disability during which the Employee is incarcerated in a penal or corrections institution.

TL-007503.00

# CLAIM PROVISIONS

**Notice of Claim**

Written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's Name, the Policy Number and the claimant's name and address.

**Claim Forms**

When the Insurance Company receives notice of claim, the Insurance Company will send claim forms for filing proof of loss.  If claim forms are not sent within 15 days after notice is received by the Insurance Company, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, of the nature and extent of the loss.

**Claimant Cooperation Provision**

Failure of a claimant to cooperate with the Insurance Company in the administration of the claim may result in termination of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**

The Employer is required to cooperate with the Insurance Company in the review of claims and applications for coverage.  Any information the Insurance Company provides in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**

Written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 90 days after the date of the loss for which a claim is made.  If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible.  In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given not more than one year after that 90 day period.  If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is provided outside of these time limits, the claim will be denied.  These time limits will not apply while the person making the claim lacks legal capacity.

Written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, that the loss continues must be furnished to the Insurance Company at intervals required by us.  Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to the Insurance Company.

**000038**          EXHIBIT A

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month.  Any balance, unpaid at the end of any period for which the Insurance Company is liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to the Employee.  If any person to whom benefits are payable is a minor or, in the opinion of the Insurance Company, is not able to give a valid receipt, such payment will be made to his or her legal guardian.  However, if no request for payment has been made by the legal guardian, the Insurance Company may, at its option, make payment to the person or institution appearing to have assumed custody and support.

If an Employee dies while any Disability Benefits remain unpaid, the Insurance Company may, at its option, make direct payment to any of the following living relatives of the Employee:  spouse, mother, father, children, brothers or sisters; or to the executors or administrators of the Employee's estate.  The Insurance Company may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release the Insurance Company from all liability for any payment made.

**Physical Examination and Autopsy**
The Insurance Company, at its expense, will have the right to examine any person for whom a claim is pending as often as it may reasonably require.  The Insurance Company may, at its expense, require an autopsy unless prohibited by law.

**Legal Actions**
No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, has been furnished as required by the Policy.  No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**
If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which the Employee lives when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**
The Insured will have the right to choose any Physician who is practicing legally.  The Insurance Company will in no way disturb the Physician/patient relationship.

TL-004724a (TX)

EXHIBIT A

## ADMINISTRATIVE PROVISIONS

**Premiums**
The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Changes in Premium Rates**
The premium rates may be changed by the Insurance Company from time to time with at least 60 days advance written notice. No change in rates will be made until 24 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12 month period. However, the Insurance Company reserves the right to change the rates even during a period for which the rate is guaranteed if any of the following events take place.
1. The terms of the Policy change.
2. A division, subsidiary, affiliated company or eligible class is added or deleted from the Policy.
3. There is a change in the factors bearing on the risk assumed.
4. Any federal or state law or regulation is amended to the extent it affects the Insurance Company's benefit obligation.
5. The Insurance Company determines that the Employer has failed to promptly furnish any necessary information requested by the Insurance Company, or has failed to perform any other obligations in relation to the Policy.

If an increase or decrease in rates takes place on a date that is not a Premium Due Date, a pro rata adjustment will apply from the date of the change to the next Premium Due Date.

**Reporting Requirements**
The Employer must, upon request, give the Insurance Company any information required to determine who is insured, the amount of insurance in force and any other information needed to administer the plan of insurance.

**Payment of Premium**
The first premium is due on the Policy Effective Date. After that, premiums will be due monthly unless the Employer and the Insurance Company agree on some other method of premium payment.

If any premium is not paid when due, the plan will be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Notice of Cancellation**
The Employer or the Insurance Company may cancel the Policy as of any Premium Due Date by giving 31 days advance written notice. If a premium is not paid when due, the Policy will automatically be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Policy Grace Period**
A Policy Grace Period of 60 days will be granted for the payment of the required premiums under this Policy. This Policy will be in force during the Policy Grace Period. The Employer is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

**Grace Period for the Insured**
If the required premium is not paid on the Premium Due Date, there is a 31 day grace period after each premium due date after the first. If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.


EXHIBIT A

**000040**

25

**Reinstatement of Insurance**
An Employee's insurance may be reinstated if it ends because the Employee is on an unpaid leave of absence.

An Employee's insurance may be reinstated only if reinstatement occurs within 12 weeks from the date insurance ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment Act of 1994 (USERRA). For insurance to be reinstated the following conditions must be met.
1.   An Employee must be in a Class of Eligible Employees.
2.   The required premium must be paid.
3.   A written request for reinstatement must be received by the Insurance Company within 31 days from the date an Employee returns to Active Service.

Reinstated insurance will be effective on the date the Employee returns to Active Service. If an Employee did not fully satisfy the Eligibility Waiting Period or the Pre-Existing Condition Limitation (if any) before insurance ended due to an unpaid leave of absence, credit will be given for any time that was satisfied.

TL-004720

# GENERAL PROVISIONS

**Entire Contract**
The entire contract will be made up of the Policy, the application of the Employer, a copy of which is attached to the Policy, and the applications, if any, of the Insureds.

**Incontestability**
All statements made by the Employer or by an Insured are representations not warranties. No statement will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument containing the statement is signed by and has been furnished to the claimant. In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or increased benefits, the validity of an Insured's coverage will not be contested using such statements.

**Misstatement of Age**
If an Insured's age has been misstated, the Insurance Company will adjust all benefits to the amounts that would have been purchased for the correct age.

**Policy Changes**
No change in the Policy will be valid until approved by an executive officer of the Insurance Company. This approval must be endorsed on, or attached to, the Policy. No agent may change the Policy or waive any of its provisions.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for insurance under any Workers' Compensation Insurance Law.

**Certificates**
An individual certificate of insurance will be delivered to the Employer for delivery to Insureds. Each certificate will list the benefits, conditions and limits of the Policy. It will state to whom benefits will be paid.

**000041**

EXHIBIT A

**Assignment of Benefits**

The Insurance Company will not be affected by the assignment of an Insured's certificate until the original assignment or a certified copy of the assignment is filed with the Insurance Company. The Insurance Company will not be responsible for the validity or sufficiency of an assignment. An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect. This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts. This prohibition does not apply where contrary to law.

**Clerical Error**

A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy. If such an error is found, the premium will be adjusted fairly.

**Agency**

The Employer and Plan Administrator are agents of the Employee for transactions relating to insurance under the Policy. The Insurance Company is not liable for any of their acts or omissions.

TL-004726a (TX)

## DEFINITIONS

Please note, certain words used in this document have specific meanings. These terms will be capitalized throughout this document. The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Active Service**

An Employee is in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.  The Employee is performing his or her regular occupation for the Employer on a full-time basis. He or she must be working at one of the Employer's usual places of business or at some location to which the employer's business requires an Employee to travel.
2.  The day is a scheduled holiday or vacation day and the Employee was performing his or her regular occupation on the preceding scheduled work day.

An Employee is in Active Service on a day which is not one of the Employer's scheduled work days only if he or she was in Active Service on the preceding scheduled work day.

**Appropriate Care**

Appropriate Care means the determination of an accurate and medically supported diagnosis of the Employee's Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Consumer Price Index (CPI-W)**

The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor. If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

**Disability Earnings**

Any wage or salary for any work performed for any employer during the Employee's Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**

**000042**

EXHIBIT A

For eligibility purposes, an Employee is an employee of the Employer in one of the "Classes of Eligible Employees." Otherwise, Employee means an employee of the Employer who is insured under the Policy.

27

**Employer**
The Policyholder and any affiliates or subsidiaries covered under the Policy.  The Employer is acting as an agent of the Insured for transactions relating to this insurance.  The actions of the Employer shall not be considered the actions of the Insurance Company.

**Full-time**
Full-time means the number of hours set by the Employer as a regular work day for Employees in the Employee's eligibility class.

**Good Cause**
A medical reason preventing participation in the Rehabilitation Plan.  Satisfactory proof of Good Cause must be provided to the Insurance Company.

**Indexed Earnings**
For the first 12 months Monthly Benefits are payable, Indexed Earnings will be equal to Covered Earnings.  After 12 Monthly Benefits are payable, Indexed Earnings will be an Employee's Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable.  The amount of each increase will be the lesser of:
1.      10% of the Employee's Indexed Earnings during the preceding year of Disability; or
2.      the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**
Any accidental loss or bodily harm which results directly and independently of all other causes from an Accident.

**Insurability Requirement**
An eligible person will satisfy the Insurability Requirement for an amount of coverage on the day the Insurance Company agrees in writing to accept him or her as insured for that amount.  To determine a person's acceptability for coverage, the Insurance Company will require evidence of good health and may require it be provided at the Employee's expense.

**Insurance Company**
The Insurance Company underwriting the Policy is named on the Policy cover page.

**Insured**
A person who is eligible for insurance under the Policy, for whom insurance is elected, the required premium is paid and coverage is in force under the Policy.

**Life Status Change**
A Life Status Change is an event recognized by the Employer's Flexible Benefits Plan as qualifying an Employee to make changes in benefit selections at a time other than an Annual Enrollment Period.

If there is no Employer sponsored Flexible Benefits Plan, or if it is no longer in effect, the following events are Life Status Changes.
1.      Marriage
2.      Divorce, annulment or legal separation
3.      Birth or adoption of a child
4.      Death of a spouse
5.      Termination of a spouse's employment
6.      A change in the benefit plan available to the Employee's spouse
7.      A change in the Employee's or spouse's employment status that affects either's eligibility for benefits

**000043**                    EXHIBIT A

28

**Physician**

Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include an Employee, an Employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derives from blood or marriage), of an Employee or spouse, or a person living in an Employee's household.

**Prior Plan**

The Prior Plan refers to the plan of insurance providing similar benefits sponsored by the Employer in effect directly prior to the Policy Effective Date. A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**

The occupation the Employee routinely performs at the time the Disability begins. In evaluating the Disability, the Insurance Company will consider the duties of the occupation as it is normally performed in the general labor market in the national economy. It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**

A written plan designed to enable the Employee to return to work. The Rehabilitation Plan will consist of one or more of the following phases:

1.    rehabilitation, under which the Insurance Company may provide, arrange or authorize educational, vocational or physical rehabilitation or other appropriate services;
2.    work, which may include modified work and work on a part-time basis.

**Sickness**

Any physical or mental illness.

TL-007500.44

**000044**          EXHIBIT A

## SCHEDULE OF AFFILIATES

The following affiliates are covered under the Policy as of January 1, 2006.

Affiliate Name

A. W. E. LLC

Adelphi Inc.

Avrea Foster

Beaupre & Company

Bernard Hodes

Brand Architecture

Brand Wizard Technologies, Inc.

Brodeur

C2 Creative

Changing our World, Inc.

Clark & Weinstock

Corbettaccel Healthcare Group Chicago, Inc.

Corbettaccel Healthcare Group LLC

D Prime LLC

Davie-Brown

DaVinci Selectwork LLC

DDB Chicago Inc

DDB International Inc.

DDB Seattle

DDB Worldwide Communications Group Inc

Direct Partners FSA, Inc.

Direct Partners, Inc.

Doremus & Company

Doremus Financial Printing

**000045**

EXHIBIT A

Eden Communications

Element 79 Partners, LLC

Flashpoint Medica Inc.

Full Circle Entertainment LLC

Gavin Anderson & Company

Harrison & Star Inc.

Health Science Center for Continuing Medical Education, LLC (CME)

Health Science Communications, Inc. (HSC)

Hilburg & Associates International LLC

HRC Illinois

Hyphen, Inc.

Innovyx

Integrated Merchandising Systems

Interbrand Corporation

Interbrand Hulefeld

Interbrand Wood Healthcare

Javelin Direct

Kallir, Philips, Ross, Inc. (KPR)

Ketchum Directory Advertising

Lyons Lavey Nickel Swift, Medivia, IME

M/A/R/C Inc.

Martec CI Group, Inc.

Merkley + Partners

Millsport LLC

National In-Store

OMD USA Inc.

Omnicom Capital Inc.

**000046**

EXHIBIT A

Omnicom Management Inc.

Optima Direct

Outdoor Media Alliance

Outdoor Media Group LLC

PHD Media LLC

PHD Michigan LLC

PHD Missouri

Porter Novelli Inc.

ProEd Communications

Prometheus Media Inc.

Quantumplus Ltd Prt.

Rapp Collins Worldwide

Rapp Collins Worldwide California

Rapp Collins Worldwide Partnership

Roberts & Tarlow LLC

Russ Reid Company

SCA Direct

TBWA/CHIAT DAY/Worldwide

Team South (I2i Communications)

The GMR Group

The Marketing Arm

The Scienomics Group, LLC (TSG)

Tsantes & Associates, Inc.

US Marketing & Promotions

Chlopak, Leonard, Schechter and Associates, Inc.

Platinum Rye

Create Sales and Marketing

**000047**

EXHIBIT A

LIFE INSURANCE COMPANY OF NORTH AMERICA
(herein called the Insurance Company)

AMENDATORY RIDER

CLAIM PROCEDURES APPLICABLE TO PLANS SUBJECT TO THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT ("ERISA")

The provisions below amend the Policy to which they are attached.  They apply to all claims for benefits under the Policy.  They supplement other provisions of the Policy relating to claims for benefits, but nothing contained in the rider will alter or affect the insurance company's duty to comply with any applicable state law or regulation which requires any action to be taken with respect to any claim within any specific period of time.

This Policy has been issued in conjunction with an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA").  This Policy is a Plan document within the meaning of ERISA.  As respects the Insurance Company, it is the sole contract under which benefits are payable by the Insurance Company.  Except for this, it shall not be deemed to affect or supersede other Plan documents.

The Plan Administrator has appointed the Insurance Company as the named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims.

**Review of Claims for Benefits**

The Insurance Company has 45 days from the date it receives a claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable in accordance with the terms of the Policy.  The Insurance Company may require more time to review the claim if necessary due to matters beyond its control.  If this should happen, the Insurance Company must provide notice in writing that its review period has been extended for:

    (i)     up to two more 30 day periods (in the case of a claim for disability benefits); or
    (ii)    90 days more (in the case of any other benefit).

If this extension is made because additional information must be furnished, these extension periods will begin when the additional information is received.  The requested information must be furnished within 45 days.

During the review period, the Insurance Company may require:

    (i)     a medical examination of the Insured, at its own expense; or
    (ii)    additional information regarding the claim.

If a medical examination is required, the Insurance Company will notify the Insured of the date and time of the examination and the physician's name and location.  If additional information is required, the Insurance Company must notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit.

If the claim is denied, in whole or in part, the Insurance Company will provide written notice within the review period.  The Insurance Company's written notice will include the following information:

1.    The specific reason(s) the claim was denied.
2.    Specific reference to the Policy provision(s) on which the denial was based.
3.    Any additional information required for the claim to be reconsidered, and the reason this information is necessary.

**000048**

EXHIBIT A

4. In the case of any claim for a disability benefit: identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.

5. A statement regarding the right to appeal the decision, and an explanation of the appeal procedure, including a statement of the right to bring a civil action under Section 502(a) of ERISA if the appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, there is the right to appeal the decision. A written request for appeal must be made to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date the denial was received. If a request is not made within that time, the right to appeal will have been waived.

Once a request has been received by the Insurance Company, a prompt and complete review of the claim will take place. This review will give no deference to the original claim decision. It will not be made by the person who made the initial claim decision, or a subordinate of that person. During the review, the claimant (or the claimant's duly authorized representative) has the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan. Any medical or vocational experts consulted by the Insurance Company will be identified. Issues and comments that might affect the outcome of the review may also be submitted.

The Insurance Company has 60 days (45 days, in the case of any disability benefit) from the date it receives a request to review the claim and provide its decision. Under special circumstances, the Insurance Company may require more time to review the claim. If this should happen, the Insurance Company must provide notice, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any disability benefit). Once its review is complete, the Insurance Company must state, in writing, the results of the review and indicate the Plan provisions upon which it based its decision.

*Karen S Johan*

President

TL-009000-1

### LIFE INSURANCE COMPANY OF NORTH AMERICA
### PHILADELPHIA, PA 19192-2235

We, Omnicom Benefits Inc., whose office address is Irving, TX, hereby approve and accept the terms of Group Policy Number LK-980036 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate. One part is to be retained by Omnicom Benefits Inc.; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

Omnicom Benefits Inc.

Signature and Title: _____   Date: _____

(This Copy Is To Be Returned To LIFE INSURANCE COMPANY OF NORTH AMERICA)

---

### LIFE INSURANCE COMPANY OF NORTH AMERICA
### PHILADELPHIA, PA 19192-2235

We, Omnicom Benefits Inc., whose office address is Irving, TX, hereby approve and accept the terms of Group Policy Number LK-980036 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate. One part is to be retained by Omnicom Benefits Inc.; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

Omnicom Benefits Inc.

Signature and Title: _____   Date: _____

(This Copy Is To Be Retained By Omnicom Benefits Inc.)

**000050**

EXHIBIT A

IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Special Marketing Division's toll-free telephone number for information or to make a complaint at:

**1-800-441-1832**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the
Texas Department of Insurance
P.O. Box 149091
Austin, TX  78714-9104
FAX # (512) 475-1771

PREMIUM OR CLAIM DISPUTES:
Should you have a dispute concerning your premium or about a claim you should contact the agent or company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY: This notice is for information only and does not become a part or condition of the attached document.

TL-004426

AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Special Marketing Division para informacion, o para someter una queja al:

**1-800-441-1832**

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149091
Austin, TX  78714-9104
FAX # (512) 475-1771

DISPUTAS SOBRE PRIMAS O RECLAMOS:
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o la compania primero.
Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

UNA ESTE AVISO A SU POLIZA:
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

**000051**

EXHIBIT A

## IMPORTANT INFORMATION ABOUT COVERAGE UNDER
## THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE
## INSURANCE GUARANTY ASSOCIATION

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21.28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDER PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

**ELIGIBILITY FOR PROTECTION BY THE ASSOCIATION**
When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:
- residents of Texas at the time that their insurance company is impaired;
- residents of other states, ONLY if the following conditions are met:
    1) The policyholder has a policy with a company based in Texas;
    2) The company has never held a license in the policyholder's state of residence;
    3) The policyholder's state of residence has a similar guaranty association; and
    4) The policyholder is **not eligible** for coverage by the guaranty association of the policyholder's state of residence.

**LIMITS OF PROTECTION BY THE ASSOCIATION**
Accident, Accident and Health, or Health Insurance:
- up to a total of $200,000 for one or more policies for each individual covered.
Life Insurance:
- net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
- death benefits up to a total of $300,000 under one or more policies on any one life.
Individual Annuities:
- net cash surrender amount up to a total of $100,000 under one or more policies owned by one contractholder.
Group Annuities:
- net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contractholder; or
- net cash surrender amount up to $5,000,000 in unallocated benefits under one contractholder regardless of the number of contracts.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

**When you are selecting an insurance company, you should not rely on coverage by the Association.**

Texas Life, Accident, Health and Hospital
Service Insurance Guaranty Association
6504 Bridge Point Parkway, Suite 450
Austin, Texas 78730
800-982-6362
www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439

**000052**

EXHIBIT A

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

Omnicom Benefits Inc.
(herein called the Policyholder)

Policy No.:   LK-980036


The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2011, the following rates will be in force for Classes 1 and 2 for coverage under the Policy:

$.193 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

No change in rates will be made until 12 months after the effective date of this Amendment.  However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.


Except for the above, this Amendment does not change the Policy in any way.


FOR THE COMPANY

*Matthew G. Manders*

Matthew G. Manders, President

Date:  May 18, 2010 (revised)

Amendment No. 11


TL-004780


000053          EXHIBIT A

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

Omnicom Benefits Inc.
(herein called the Policyholder)

Policy No.:  LK-980036

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective April 1, 2010, the following rates will be in force for Classes 1 and 2 for coverage under the Policy:

$.185 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

No change in rates will be made until 8 months after the effective date of this Amendment.  However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  May 14, 2010

Amendment No. 10

TL-004780

000054                              EXHIBIT A

LIFE     SURANCE COMPANY OF NORTH AMI     CA
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

Omnicom Benefits, Inc.
(herein called the Policyholder)

Policy No.:  LK 980036

Except for the above, this Amendment does not change the Policy in any way. The Company and the Policyholder hereby agree that the Policy is amended as follows:

1. Effective January 1, 2010, Class 1 under the Classes of Eligible Employees provision of the *Schedule of Benefits* section of the Policy is replaced by the following:

   Class 1- All active, Full-time and/or Part-time Employees of Agency.com Ltd, Atmosphere BBDO, Automotive Marketing Consultants Inc. (AMCI), BBDO, BBDO Atlanta, BBDO Detroit, BBDO Detroit CRM, BBDO International, Inc., CLS and Associates, Colangelo, Create Marketing, Eleven Agency LLC, Energy BBDO, EVB LLC, Exit 8 Marketing LLC, Flamingo San Francisco, Grizzard Communications Group Inc., GRO 360 LLC, Hall & Partners USA Inc., Kaleidoscope Creative Inc., Karsh & Hagan Inc, LyonHeart Communications Inc, Mango Mobile, Mapi Values USA LLC, Marketstar, Merkley & Partners, Organic Inc., Pierce Promotions and Event Management LLC, Serino Coyne LLC, SportsMark Acquisition LLC and The Zimmerman Agency Inc., regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

2. Effective January 1, 2010, Class 2 under the Classes of Eligible Employees provision of the *Schedule of Benefits* section of the Policy is replaced by the following:

   Class 2- All active, Full-time and/or Part-time Employees of Adelphia Inc., Adelphia Research by Design, Agency Rx, Alma DDB, ASA, Avrea Foster, Bernard Hodes, Brand Wizard, C2 Creative, Case Dunlap Enterprises LP, Cerebrio LLC, Cline Davis & Mann LLC, Corbettaccel Healthcare Group Chicago, Corbettaccel Healthcare Group LLC, Cutwater Advertising Inc, Davie-Brown Inc., DDB Chicago, DDB International, DDB Seattle, DDB Worldwide, Dieste and Partners, Direct Partners Inc., Downtown Partners, Eden Comm., Element 79 Partners, Eventive Marketing, Expert Communications, GMR Marketing LLC, Harrison & Shriftman LLC, HRC Illinois, Innovyx, Integer, Integer Midwest, Integrated Merchandising Systems, Interbrand, Interbrand Design Forum, Interbrand Hulefeld, IPSH!, Javelin Direct, Javelin NY, Kaleidoscope, Lab9 LLC, Millsport, Omnicom Capital, Omnicom Management, Optima Direct, Quantumplus, Radiate Group Inc., Rapp Collins Partnership, Rapp Collins Worldwide, Rapp Collins Worldwide-California, Roberts & Tarlow, Rodgers Townsend LLC, Sage Collective, SmartFusion Inc, Sterling Brands, Stern Advertising Inc, TBWA, The Ant Farm LLC, The Component Group, The Kern Organization Inc., The Marketing Arm, TLP Inc, Tracy Locke, Tribal DDB, U30 Group Inc., US Marketing & Promotions (USMP) and Wood Healthcare regularly working an Employer approved work week as noted in the as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

3. Effective January 1, 2010, Class 3 under the Classes of Eligible Employees provision of the *Schedule of Benefits* section of the Policy is replaced by the following:

   Class 3- All active, Full-time and/or Part-time Employees of 180LA, Access Communications, Alcone Marketing Group, Allyn & Company, Barefoot, Beanstalk Group LLC, Beaupre & Company, BioLumina, Blue Current PR LLC, BlueSpark Healthcare, Brodeur, Clark & Weinstock, Cone Trust, CPR New York, Creative Channell, Cultural Insite LLC, D Prime, DaVinci Selectwork, Designory Inc, Doremus & Company, Doremus Financial Printing, education outcomes sciences, Emanate, Fischerhealth, Flamingo International, Flashpoint Media LLC, Fleishman Hillard, Full Circle Entertainment, Gavin Anderson & Company, GMMB, Goodby Silverstein & Partners Inc., GSD&M Idea City, Harrison & Star LLC, Health Science Comm. (HSC), Hilburg & Associates Intl LLC, Hornall Anderson Design Works LLC, Hyphen Inc., Icon International Inc, Kallir Philips Ross Inc., Ketchum Corporate Technology Communications, Ketchum Direct, Ketchum Inc, LMSR LLC, Lois Paul & Partners Trust, M/A/R/C Inc., M2M Media Services Inc,

**000055**

EXHIBIT A

1

Martec CI Group Inc., Martin-Williams Inc, Matthews Media Group Inc (MMG) Mercury Public Affairs, MobileBehavior LLC, National In-Store, Novus Print Media Inc, Novus Print Media Inc PT, OMD USA, Outdoor Media Alliance, Outdoor Media Group, Paul Wilmot Communications, PHD Media, PHD Michigan, PHD Missouri, Platinum Rye, Porter Novelli, Porter Novelli LS LL, Porter Novelli Public Strategies, ProEd Comm., Prometheus Media, Resolution Media, River Graphics, Russ Reid Company, SCA Direct, Siegel & Gale LLC, Singer Direct, Strat@Comm, Stromberg Communications & Consulting, The GMR Group, The Promotion Network, The Scienomics Group LLC (TSG), The Washington Group Inc, TPG LLC, Unit 7, Wolff Olins LLC, Zocalo and Zulu Network regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

4.  Effective January 1, 2010, for Class 1, 2 and 3, the SCHEDULE OF BENEFITS section of the policy is replaced by the attached SCHEDULE OF BENEFITS for each class;

FOR THE COMPANY

Matthew G. Manders, President

Date: May 28, 2010 (revised)

Amendment No. 09

TL-004780

000056

EXHIBIT A

2

**SCHEDULE OF BENEFITS- Class 1**

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Agency.com Ltd | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Atmosphere BBDO | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Automotive Marketing Consultants Inc. (AMCI) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| BBDO | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Atlanta | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Detroit | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Detroit CRM | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO International | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| CLS and Associates | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Colangelo Synergy | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Create Marketing | No | First of the Month Coincident With or Following 3 months waiting period | First of the Month Coincident With or Following 3 months waiting period |
| Eleven Agency LLC | Yes (30 Hours) | First of the Month Coincident With or Following 3 months waiting period | First of the Month Coincident With or Following 3 months waiting period |
| Energy BBDO | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

000057

EXHIBIT A

| | | | |
|---|---|---|---|
| EVB LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Exit 8 Marketing LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flamingo San Francisco | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Grizzard Communications Group Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GRO 360 LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hall & Partners USA Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kaleidoscope Creative Inc. | — No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Karsh & Hagan Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| LyonHeart Communications Inc | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Mango Mobile | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Mapi Values USA LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Marketstar | No | First of the Month Coincident With or Following 3 months waiting period | First of the Month Coincident With or Following 3 months waiting period |

000058

EXHIBIT A

4

| | | | |
|---|---|---|---|
| M____y & Partners | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| O_ganic Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Pierce Promotions and Event Management LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| S_ino Coyne LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| SportsMark Acquisition LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Zimmerman Agency Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000059

EXHIBIT A

**SCHEDULE OF BENEFITS- Class 2**

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Adelphi Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Adelphi Research by Design | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Agency Rx | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Alma DDB | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| ASA | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Avrea Foster | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Bernard Hodes | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Brand Wizard | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| C2 Creative | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Case Dunlap Enterprises LP | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000060**

EXHIBIT A

| | | | |
|---|---|---|---|
| Cerebrio LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cline Davis & Mann LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Corbettaccel Healthcare Group Chicago | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Corbettaccel Healthcare Group LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cutwater Advertising Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Davie-Brown Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| DDB Chicago | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB International | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB Seattle | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB Worldwide | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Dieste and Partners | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Direct Partners Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Downtown Partners | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Eden Comm. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Element 79 Partners | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

**000061**

EXHIBIT A

| | | | |
|---|---|---|---|
| Eventive Marketing | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Expert Communications | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GMR Marketing LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Harrison & Shriftman LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| HRC Illinois | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Innovyx | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Integer | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Integer Midwest | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Integrated Merchandising Systems | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Interbrand | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Interbrand Design Forum | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Interbrand Hulefeld | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| IPSH! | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000062

EXHIBIT A

| | | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
|---|---|---|---|
| Javelin Direct | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Javelin NY | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kaleidoscope | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Lab9 LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Millsport | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Ominicom Capital | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Omnicom Management | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Optima Direct | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Quantumplus | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Radiate Group Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Rapp Collins Partnership | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Rapp Collins Worldwide | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Rapp Collins Worldwide-California | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000063**

EXHIBIT A

| | | | |
|---|---|---|---|
| Roberts & Tarlow | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Rodgers Townsend LLC | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Sage Collective | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| SmartFusion Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Sterling Brands | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Stern Advertising Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TBWA | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| The Ant Farm LLC | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| The Component Group | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| The Kern Organization Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Marketing Arm | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TLP Inc | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Tracy Locke | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Tribal DDB | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

**000064**

EXHIBIT A

| | | | |
|---|---|---|---|
| UC Group Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| US Marketing & Promotions (USMP) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Wood Healthcare | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

**000065**

EXHIBIT A

SCHEDULE OF BENEFITS- Class 3

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| 180LA | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Access Communications | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Alcone Marketing Group | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Allyn & Company | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Barefoot | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Beanstalk Group LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Beaupre & Company | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| BioLumina | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Blue Current PR LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| BlueSpark Healthcare | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Brodeur | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Clark & Weinstock | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000066**

EXHIBIT A

| | | | |
|---|---|---|---|
| Cone Trust | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| CPR New York | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Creative Channell | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cultural Insite LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| D Prime | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| DaVinci Selectwork | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Designory Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Doremus & Company | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Doremus Financial Printing | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| education outcomes sciences | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Emanate | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Fischerhealth | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flamingo International | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flashpoint Media LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000067

EXHIBIT A

| | | | |
|---|---|---|---|
| Fleishman Hillard | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Full Circle Entertainment | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Gavin Anderson & Company | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GMMB | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Goodby Silverstein & Partners Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GSD&M Idea City | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Harrison & Star LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Health Science Comm. (HSC) | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hilburg & Associates Intl LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hornall Anderson Design Works LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hyphen Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Icon International Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kallir Philips Ross Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Ketchum Corporate Technology Communications | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

**000068**

| | | | |
|---|---|---|---|
| Ketchum Direct | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Ketchum Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| LMSR LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Lois Paul & Partners Trust | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| M/A/R/C Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| M2M Media Services Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Martec CI Group Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Martin-Williams Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Matthews Media Group Inc (MMG) | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Mercury Public Affairs | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| MobileBehavior LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| National In-Store | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Novus Print Media Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Novus Print Media Inc PT | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| OMD USA | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Outdoor Media Alliance | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

**000069**

EXHIBIT A

| | | | |
|---|---|---|---|
| Outdoor Media Group | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Paul Wilmot Communications | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| PHD Media | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| PHD Michigan | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| PHD Missouri | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Platinum Rye | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli LS LL | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli Public Strategies | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| ProEd Comm. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Prometheus Media | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Resolution Media | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| River Graphics | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Russ Reid Company | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| SCA Direct | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000070

EXHIBIT A

| | | | |
|---|---|---|---|
| S___ & Gale LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| S___ger Direct | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Strat@Comm | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Stromberg Communications & Consulting | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The GMR Group | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Promotion Network | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Scienomics Group LLC (TSG) | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Washington Group Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TPG LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Unit 7 | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Wolff Olins LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Zocalo | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Zulu Network | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000071

EXHIBIT A

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

Omnicom Benefits, Inc.
(herein called the Policyholder)

Policy No.: LK-980036

Effective Date:  January 1, 2011

This Amendment will be in effect on the Effective Date shown above only for insured Employees in Active Service on that date.  If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.      The eligibility definition for Classes 1, 2, 3 and 4 is changed as outlined on the revised SCHEDULE OF BENEFITS.

2.      The Eligibility Waiting Period for Employees in Classes 1, 2, 3 and 4 is changed as outlined on the attached revised SCHEDULE OF BENEFITS FOR CLASS 1, SCHEDULE OF BENEFITS FOR CLASS 2, SCHEDULE OF BENEFITS FOR CLASS 3, and SCHEDULE OF BENEFITS FOR CLASS 4.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

Matthew G. Manders, President

Date:  May 26, 2011
Revised Date:  July 19, 2011

Amendment No. 12

TL-004780

**000072**

EXHIBIT A

1

## SCHEDULE OF BENEFITS

**Premium Due Date**

Premiums are due in arrears on the date coinciding with the day of the Policy Anniversary Date or the last day of the month, if earlier.

**Classes of Eligible Employees**

On the pages following the definition of eligible employees there is a Schedule of Benefits for each Class of Eligible Employees listed below.  For an explanation of these benefits, please see the Description of Benefits provision.

If an Employee is eligible under one Class of Eligible Employees and later becomes eligible under a different Class of Eligible Employees, changes in his or her insurance due to the class change will be effective on the date of the change in class.

Class 1    All active, Full-time and/or part-time Employees of Agency.com Ltd., Alcone Marketing Group, Automotive Marketing Consultants, Inc. (AMCI), Barefoot, Creative Channel, Excerpta Medica LLC, Expert Communications, Go! Productions, Harrison & Star LLC, Ketchum Pleon (formerly Stromberg Communications), Lab 9 LLC, Mango Mobile, Marketstar, Martin-Williams Inc., Radiate Group Inc., Sterling Brands, The Zimmerman Agency Inc and The Zimmerman Agency LLC regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

Class 2    All active, Full-time and part-time Employees of Changing Our World, Cline Davis & Mann LLC, CLS and Associates, Corbettaccel Healthcare Group LLC, CPM-US LLC (formerly National In-Store), Davie-Brown Inc., DaVinci Selectwork, DDB Chicago, DDB International, DDB Seattle, DDB Worldwide, Deal Factory LLC, Designory Inc, Dieste and Partners, Direct Partners Inc., Doremus & Company, Doremus Financial Printing, Downtown Partners, Eden Comm., Element 79 Partners, Eleven Agency LLC (formerly T11A), EVB LLC, Fischerhealth, Flamingo International, Goodby Silverstein & Partners Inc., Grizzard Communications Group, Inc., Health Science Comm. (HSC), Icon International Inc., Integer Midwest, Integrated Merchandising Systems, Interbrand, Interbrand Design Forum, Interbrand Hulefeld (a/k/a Interbrand Cincinnati), Interbrand Wood Healthcare, Ipsh!Net, Javelin Direct, Javelin NY, Kaleidoscope, Kaleidoscope Creative Inc, Kallir Philips Ross Inc., Karsh & Hagan Inc, Ketchum Direct, M/A/R/C Inc., Novus Print Media Inc, Porter Novelli LS Inc, Porter Novelli Public Strategies, ProEd Comm., River Graphics, Roberts + Langer, Rodgers Townsend LLC, Russ Reid Company, Sage Collective, Serino Coyne LLC, Siegel & Gale LLC, Singer Direct, SportsMark Acquisition LLC, Stern Advertising Inc, TBWA, TBWA Latin America, The GMR Group, The Marketing Arm, The Promotion Network (TPN), Tracy Locke, U30 Group Inc., Wolff Olins LLC and Zocalo regularly working an Employer approved work week as noted in the as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

**000073**

EXHIBIT A

2

Class 3    All active, Full-time and/or part-time Employees of 180LA, Access Communications, Allyn & Company, Alma DDB, BBDO, BBDO Atlanta, BBDO Detroit, BBDO Detroit CRM, BBDO International, BBDO USA, Beanstalk Group LLC, Beaupre & Company, Bernard Hodes, BioLumina, BlueSpark Healthcare, Brand Wizard, Brodeur, C2 Creative, Clark & Weinstock, Colangelo Synergy, Cone Trust, Corbettaccel Healthcare Group Chicago, Creative Marketing, Cultural Insite LLC, Cutwater Advertising Inc, education outcomes sciences, Emanate, Energy BBDO, Eventive Marketing, Exit 8 Marketing LLC, Flamingo International, Flamingo San Francisco, Flashpoint Media LLC, Fleishman Hillard, Full Circle Entertainment, Gavin Anderson & Company, GMMB, GMR Marketing LLC, GRO 360 LLC, GSD&M Idea City, Hall & Partners USA Inc., Harrison & Shriftman LLC, Hilburg & Associates Intl LLC, Hornall Anderson Design Works LLC, HRC Illinois, Hyphen Inc., Innovyx, Integer, Ketchum Corporate Technology Communications, Ketchum Inc, Lois Paul & Partners Trust, LyonHeart Communications, M2M Media Services Inc, Mapi Values USA LLC, Martec CI Group Inc., maslansky luntz + partners (formerly LMSR LLC), Matthews Media Group Inc. (MMG), Mercury Public Affairs, Merkley & Partners, Millsport, MobileBehavior LLC, OMD USA, Omnicom Capital, Omnicom Management, Optima Direct, Organic Inc, Outdoor Media Alliance, Outdoor Media Group, Paul Wilmot Communications, PHD Media, PHD Michigan, PHD Missouri, Pierce Promotions and Event Management LLC, Platinum Rye, Porter Novelli, Porter Novelli LS Inc, Prometheus Media, Quantumplus, Rapp Collins Partnership, Rapp Collins Worldwide, Rapp Collins Worldwide-California, Red Urban, Republic Family LLC (formerly Zula Network), Resolution Media, Retail 3 Inc, SCA Direct, Signature Graphics, Smart Fusion Inc, Steiner Sports Memorabilia, Strat@Comm, The Ant Farm LLC, The Component Group, The Kern Organization Inc. (TKO), The Scienomics Group (TSG), The Washington Group Inc, TLP Inc., Togo Run (formerly CPR NY), TPG LLC, Tribal DDB, Unit 7, US Marketing & Promotions, VOX and Washington Speakers Bureau Inc. regularly working an Employer approved work week as noted in the Schedule of Benefits and who do not contribute to the cost of insurance.

Class 4    All active, Full-time Employees of Arnell Group and ASA regularly working an Employer approved work week as noted in the Schedule of Benefits, and who contribute to the cost of their Insurance.

Class 5    All active, Full-time Employees of Steiner Sports Memorabilia, Inc., regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of Insurance.

Class 6    All active, Full-time and/or part-time Employees of Washington Speakers Bureau, Inc., regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of Insurance.

Class 7    All active, Full-time or part-time Employees of Signature Graphics, regularly working an Employer approved work week as noted in the Schedule of Benefits, and who do not contribute to the cost of insurance.

000074

EXHIBIT A

## SCHEDULE OF BENEFITS FOR CLASS

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Agency.com Ltd | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Alcone Marketing Group | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Automotive Marketing Consultants Inc. (AMCI) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Barefoot | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Creative Channel | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Excerpta Medica LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Expert Communications | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GO! Productions | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Harrison & Star LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Ketchum Pleon (formerly Stromberg Communications) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Lab9 LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000075

EXHIBIT A

4

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Mango Mobile | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Marketstar | No | First of the Month Coincident With or Following 3 months waiting period | First of the Month Coincident With or Following 3 months waiting period |
| Martin-Williams Inc | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Radiate Group Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Sterling Brands | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Zimmerman Agency Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Zimmerman Agency LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**For prior Omnicom Employees who are rehired within one year, credit is given for time served toward eligibility period while previously employed with an Omnicom company.

**Definition of Disability/Disabled**

The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:

1.      unable to perform the material duties of his or her Regular Occupation; and
2.      unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:

1.      unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.      unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

000076

EXHIBIT A

5

**Definition of Optimum Ability**
1.      for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.      after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:
1.      medical evidence submitted by the Employee;
2.      consultation with the Employee's Physician; and
3.      evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

The Independent Expert must be:
1.      licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.      acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |
| **Minimum Disability Benefit** | The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

**Disability Benefit Calculation**
The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

**000077**

EXHIBIT A

6

*Return to Work Incentive*
During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1.   Add the Employee's Gross Disability Benefit and Disability Earnings.
2.   Compare the sum from 1. to the Employee's Indexed Earnings.
3.   If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.   The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
5.   If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings the Employee could earn if working at Optimum Ability, minus Disability Earnings.

## Additional Benefits

*Survivor Benefit*

| | |
|---|---|
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

## Maximum Benefit Period

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

000078                    EXHIBIT A

7

**Premium Rates**

$.193 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774

(980036)

SCHEDULE OF BENEFITS FOR CLASS

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Changing Our World | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cline Davis & Mann LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| CLS and Associates | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Corbettaccel Healthcare Group LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| CPM-US LLC (formerly National In-Store) | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Davie-Brown Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| DaVinci Selectwork | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB Chicago | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB International | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB Seattle | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| DDB Worldwide | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Deal Factory LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
|---|---|---|---|
| Designory Inc | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Dieste and Partners | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Direct Partners Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Doremus & Company | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Doremus Financial Printing | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Downtown Partners | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Eden Comm. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Element 79 Partners | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Eleven Agency LLC | Yes (30 Hours) | First of the Month Coincident With or Following 3 month waiting period | First of the Month Coincident With or Following 3 month waiting period |
| EVB LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Fischerhealth | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000081**

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Flamingo International | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Goodby Silverstein & Partners Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Grizzard Communications Group Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Health Science Comm. (HSC) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Icon International Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Integer Midwest | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Integrated Merchandising Systems | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Interbrand | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Interbrand Design Forum | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Interbrand Hulefeld (a/k/a Interbrand Cincinnati) | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Interbrand Wood Healthcare | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Ipsh!Net | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Javelin Direct | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Javelin NY | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kaleidoscope | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kaleidoscope Creative Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Kallir Phillips Ross Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Karsh & Hagan Inc | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Ketchum Direct | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| M/A/R/C Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Novus Print Media Inc | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Porter Novelli LS Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli Public Strategies | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000083

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| ProEd Comm. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| River Graphics | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Roberts + Langer | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Rodgers Townsend LLC | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Russ Reid Company | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Sage Collective | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Serino Coyne LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Siegel & Gale LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Singer Direct | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| SportsMark Acquisition LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Stern Advertising Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TBWA | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

**000084**

EXHIBIT A

13

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| TBWA Latin America | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| The GMR Group | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Marketing Arm | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Promotion Network (TPN) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Tracy Locke | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| U30 Group Inc. | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Wolff Olins LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Zocalo | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**For prior Omnicom Employees who are rehired within one year, credit is given for time served toward eligibility period while previously employed with an Omnicom company.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.     unable to perform the material duties of his or her Regular Occupation; and
2.     unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.     unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.     unable to earn 60% or more of his or her Indexed Earnings.

**000085**

EXHIBIT A

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Optimum Ability**

1.  for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.  after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:

1.  medical evidence submitted by the Employee;
2.  consultation with the Employee's Physician; and
3.  evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

The Independent Expert must be:

1.  licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.  acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings- For Employees of Case Dunlop Enterprises only, who are hired prior to July 1, 2006**

Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Definition of Covered Earnings- For Employees of Case Dunlop Enterprises only, who are hired on or after July 1, 2006**

Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |
| **Minimum Disability Benefit** | The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

**Disability Benefit Calculation**       **000086**       EXHIBIT A

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive. Monthly Benefits are based on a 30-day month. The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*
During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:
1.      Add the Employee's Gross Disability Benefit and Disability Earnings.
2.      Compare the sum from 1. to the Employee's Indexed Earnings.
3.      If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.      The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
5.      If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings the Employee could earn if working at Optimum Ability, minus Disability Earnings.

**Additional Benefits**

*Survivor Benefit*
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

000087

EXHIBIT A

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

**Premium Rates**

$.193 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774

(980036)

000088          EXHIBIT A

17

## ...IEDULE OF BENEFITS FOR CLASS...

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| 180LA | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Access Communications | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Allyn & Company | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Alma DDB | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Atlanta | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Detroit | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO Detroit CRM | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO International | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| BBDO USA | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Beanstalk Group LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Beaupre & Company | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000089**

EXHIBIT A

18

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Bernard Hodes | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| BioLumina | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| BlueSpark Healthcare | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Brand Wizard | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Brodeur | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| C2 Creative | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Clark & Weinstock | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Colangelo Synergy | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cone Trust | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Corbettaccel Healthcare Group Chicago | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Create Marketing | No | First of the Month Coincident With or Following 3 month waiting period | First of the Month Coincident With or Following 3 month waiting period |

**000090**

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | **For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)\*\*** | **For Employees hired after the Policy Effective Date\*\*- first day of the month following:** |
| Cultural Insite LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Cutwater Advertising Inc | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| education outcomes sciences | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Emanate | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Energy BBDO | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Eventive Marketing | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Exit 8 Marketing LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flamingo International | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flamingo San Francisco | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Flashpoint Media LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

000091

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Fleishman Hillard | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Full Circle Entertainment | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Gavin Anderson & Company | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GMMB | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GMR Marketing LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GRO 360 LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| GSD&M Idea City | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| GSD&M Idea City | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Hall & Partners USA Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Harrison & Shriftman LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hilburg & Associates Intl LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hornall Anderson Design Works LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| HRC Illinois | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Hyphen Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Innovyx | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Integer | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Ketchum Corporate Technology Communications | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Ketchum Inc | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Lois Paul & Partners Trust | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| LyonHeart Communications Inc. | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| M2M Media Services Inc | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Mapi Values USA LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Martec CI Group Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

000093                    EXHIBIT A

22

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| maslansky luntz + partners | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Matthews Media Group Inc (MMG) | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Mercury Public Affairs | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Merkley & Partners | Yes | First of the Month Coincident With or Following 1 month waiting period_ | First of the Month Coincident With or Following 1 month waiting period |
| Millsport | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| MobileBehavior LLC | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| OMD USA | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Omnicom Capital | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Omnicom Management | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Optima Direct | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Organic Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Outdoor Media Alliance | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Outdoor Media Group | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Paul Wilmot Communications | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| PHD Media | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| PHD Michigan | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| PHD Missouri | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Pierce Promotions and Event Management LLC | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Platinum Rye | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Porter Novelli LS Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Prometheus Media | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Quantumplus | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Rapp Collins Partnership | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

**000095**

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
| --- | --- | --- | --- |
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| Rapp Collins Worldwide | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Rapp Collins Worldwide-California | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Red Urban | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Republic Family LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Resolution Media | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Retail 3 Inc | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| SCA Direct | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Signature Graphics | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Smart Fusion Inc | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Steiner Sports Memorabilia Inc. | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Strat@Comm | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Ant Farm LLC | Yes (30 Hours) | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |

EXHIBIT A

| Company Name | Part-time Eligibility | Eligibility Waiting Period | |
|---|---|---|---|
| | | For Employees Hired on or before the Policy Effective Date (credit given for time served under prior plan)** | For Employees hired after the Policy Effective Date**- first day of the month following: |
| The Component Group | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| The Kern Organization Inc. (TKO) | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Scienomics Group LLC (TSG) | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| The Washington Group Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TLP Inc | Yes | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Togo Run | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| TPG LLC | Yes (30 Hours) | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Tribal DDB | No | First of the Month Coincident With or Following Date of Hire | First of the Month Coincident With or Following Date of Hire |
| Unit 7 | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| US Marketing & Promotions | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| VOX | No | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |
| Washington Speakers Bureau Inc | Yes | First of the Month Coincident With or Following 1 month waiting period | First of the Month Coincident With or Following 1 month waiting period |

EXHIBIT A

**For mer Omnicom Employee. no are rehired within one year, credit is gi en for time served toward eligibility period while previously employed with an Omnicom company.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.    unable to perform the material duties of his or her Regular Occupation; and
2.    unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.    unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.    unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Optimum Ability**
1.    for the first 24 months that benefits are payable, the greatest extent of work the Employee is able to do in his or her Regular Occupation;
2.    after 24 months, the greatest extent of work the Employee is able to do in any occupation based on education, training or experience.

The Employee's ability to work is based on the following:
1.    medical evidence submitted by the Employee;
2.    consultation with the Employee's Physician; and
3.    evaluation of the Employee's ability to work by not more than three Independent Experts if required by the Insurance Company.

There is no cost to the Employee for evaluation by an Independent Expert when required by the Insurance Company to determine Optimum Ability.

The Independent Expert must be:
1.    licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.    acting within the scope of that license, registration or certificate.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

It does not include amounts received as bonus, commissions, overtime pay or other extra compensation.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 13 weeks |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $15,000 per month |
| **Minimum Disability Benefit** | The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits. |

000098

EXHIBIT A

27

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive. Monthly Benefits are based on a 30-day month. The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability. During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

> *Return to Work Incentive*
> During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.
>
> The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:
> 1. Add the Employee's Gross Disability Benefit and Disability Earnings.
> 2. Compare the sum from 1. to the Employee's Indexed Earnings.
> 3. If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
> 4. The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
> 5. If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.
>
> After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.
>
> No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.
>
> *Calculation for Optimum Ability*
> The calculation for Optimum Ability is the earnings the Employee could earn if working at Optimum Ability, minus Disability Earnings.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**000099**

EXHIBIT A

28

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
| --- | --- |
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

**Premium Rates**

$.22 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $25,000.

TL-004774                                                                                   (980036)

**000100**

EXHIBIT A

29