# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANN HART,<br><br>       Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendant. | Case No: EDCV13-00288 JGB(DTBx)<br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE** |

## O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  October 30, 2013

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE